# Exhibit B



**Liberty Mutual.**
INSURANCE

Coverage is Provided in:
The Ohio Casualty Insurance Company

175 Berkeley St., Boston, MA 02116

### RESULT OF CANCELLATION

Policy Number:
**BAO (20) 58 65 91 40**
Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

| **Named Insured & Mailing Address** | **Agent Mailing Address & Phone No.** |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| 170 Computrex Dr | WESHOP INSURANCE GROUP |
| Nicholasville, KY 40356 | PO BOX 622795 |
| | OVIEDO, FL 32762-2795 |



| | |
|---|---:|
| Return Premium | $533.00 |
| Return KY Municipal Town Tax | $60.74 |
| Return KY Dept. of Revenue Surcharge | $9.51 |
| **Total Return Charges** | **$603.25** |

**Any paid but unearned premium will be returned separate from this notice.**

**The policy is cancelled effective 11/29/2020.**

**This policy cancelled due to:      Non-Payment**

| | | | |
|---|---|---|---|
| Issue Date | 12/08/20 | | Authorized Representative |

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 25 01 08

This page intentionally left blank.



**Liberty Mutual.**
**INSURANCE**

**Policyholder   Information**

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| 170 Computrex Dr | WESHOP INSURANCE GROUP |
| Nicholasville, KY 40356 | PO BOX 622795 |
| | OVIEDO, FL 32762-2795 |

**Your Commercial Documents**

### *Dear Policyholder:*

Your Business Auto policy has been endorsed. We have enclosed documents that reflect the change in your commercial auto policy.

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (844) 502-4025


THIS IS NOT A BILL



**Reminders**

- Verify that all information is correct
- If you have any changes, please contact your Agent at (844) 502-4025
- In case of a claim, call your Agent or 1-844-325-2467

## You Need To Know

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

These forms were included in your original policy. An asterisk (*) indicates that a new or updated version is included in this package.

| FORM NUMBER | TITLE |
|---|---|
| CNA90 16 11 16 | 2016 Commercial Auto Miscellaneous Form Revisions Advisory Notice to Policyholders |
| CNA90 19 06 18 | Important Notice To Policyholders |
| CNI90 11 07 18 | Reporting A Commercial Claim 24 Hours A Day |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 20 01 08**

**You Need To Know - continued**

| | |
|---|---|
| NP 74 78 02 12 | Policyholder Disclosure Kentucky Local Government Premium Tax |
| NP 76 12 03 11 | Changes to the Who Is An Insured Provision |
| NP 76 13 07 11 | Kentucky Uninsured Motorists, Underinsured Motorists and Personal Injury Protection Coverages |
| NP 88 01 09 08 | Important Information About Driving Outside of the United States and Proof of Auto Insurance |
| NP 89 69 11 10 | Important Policyholder Information Concerning Billing Practices |
| UA KY 01 11 17 | Kentucky Uninsured Motorists Coverage Selection/Rejection |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

CNA 90 16 11 16

# 2016 COMMERCIAL  AUTO MISCELLANEOUS  FORM REVISIONS ADVISORY NOTICE  TO POLICYHOLDERS

This Notice  does not form part of your policy.  No coverage  is provided  by this Notice nor can it be construed to replace any provision  of your policy.  You should  read your policy  and review  your Declarations  page for complete  information   on the coverages  you are provided.  If there is any conflict  between  the Policy and this Notice,  **THE PROVISIONS  OF THE POLICY SHALL PREVAIL.**

Carefully  read your policy,  including   the endorsements  attached  to your policy.

This Notice  provides  information   concerning  the following   forms and endorsements  which apply to your renewal  policy  being  issued  by us. The forms and endorsements   may reduce  or broaden  coverage.

### Reductions  Of Coverage

**CA 23 44 - Public Or Livery Passenger Conveyance Exclusion**

When this endorsement  is attached  to your policy,  insurance  provided  under any applicable  Covered Auto Liability,  Physical  Damage,  Auto Medical  Payments,  Uninsured  and/or Underinsured  Motorists and Personal  Injury Protection  (or similar  no-fault)  Coverage  is excluded  while  any covered  auto is being  used as a public  or livery  conveyance  for passengers.  This includes,  but is not limited  to, any period  of time a covered  auto is being  used by an insured  who is logged  into a "transportation    network platform"   as a driver,  whether  or not a passenger  is occupying  the covered  auto.

**CA 23 45 - Public Or Livery Passenger Conveyance And On-demand  Delivery Services Exclusion**

When this endorsement  is attached  to your policy,  insurance  provided  under any applicable  Covered Auto Liability,  Physical  Damage,  Auto Medical  Payments,  Uninsured  and/or Underinsured  Motorists and Personal  Injury Protection  (or similar  no-fault)  Coverage  is excluded  while  any covered  auto is being  used:

- As a public  or livery  conveyance  for passengers.  This includes,  but is not limited  to, any period of time  a covered  auto is being  used by an insured  who is logged  into a "transportation network  platform"   as a driver,  whether  or not a passenger  is occupying  the covered  auto; or

- By an insured  who is logged  into a "transportation    network  platform"   or "delivery  network platform"   as a driver  to provide  delivery  services,  which  includes  courier  services,  whether  or not the goods,  items or products  to be delivered  are in the covered  auto.



This page intentionally left blank.

**Liberty Mutual.**
INSURANCE

Coverage is provided in:
The Ohio Casualty Insurance Company

175 Berkeley St., Boston, MA 02116

Policy Number:
**BAO   (20)   58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time
at Insured Mailing Location*

## Common Policy Declarations

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| 170 Computrex Dr | WESHOP INSURANCE GROUP |
| Nicholasville, KY 40356 | PO BOX 622795 |
|  | OVIEDO, FL 32762-2795 |

**Named Insured Is:** LIMITED LIABILITY COMPANY

**Named Insured Business Is:** LANDSCAPE AND LAWN CARE

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

## SUMMARY  OF COVERAGE PARTS AND CHARGES

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| **Business Auto** | $6,325.69 |

*Total Charges for all of the above coverage parts:*   **$6,325.69**
*Coverage for Terrorism resulting from Nuclear,
Biological or Chemical Acts is Excluded*

*Note: This is not a bill*

## IMPORTANT  MESSAGES

- COVERAGE UNDER YOUR COMMERCIAL AUTO POLICY IS RESTRICTED DUE TO THE ATTACHMENT OF A NAMED DRIVER EXCLUSION.

| Issue Date | 10/27/20 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 21 11 16

Case: 5:21-cv-00180-KKC Doc #: 1-2 Filed: 06/28/21 Page: 9 of 123 - Page ID#: 30



Coverage is Provided In:
The Ohio Casualty Insurance Company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BAO (20) 58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**

Endorsement Period:
**From 09/21/2020 to 12/27/2020**

*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| BEYOND THE SURFACE, LLC<br>170 Computrex Dr<br>Nicholasville, KY 40356 | (844) 502-4025<br>WESHOP INSURANCE GROUP<br>PO BOX 622795<br>OVIEDO, FL 32762-2795 |

## CHANGES TO POLICY - TRANSACTION # 5

### This Policy Change Endorsement Results In A Change In The Charges As Follows:

**No Change in Premium**

## Description of Change(s)

EXCLUDING DRIVER SHAWN PERKINS

See The Revised Declarations and Declarations Schedule

Issue Date      10/27/20

Authorized Representative

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 27 01 08



## Liberty Mutual
INSURANCE

Coverage is provided by:
The Ohio Casualty Insurance Company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BAO (20) 58 65 91 40**
Policy Period:
**From 03/06/2020 To 12/27/2020**
Endorsement Period:
**From 09/21/2020 to 12/27/2020**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| | WESHOP INSURANCE GROUP |

## POLICY FORMS AND ENDORSEMENTS

This section lists all the Forms and Endorsements that make up the Commercial Business Auto coverage part of your policy. Refer to these documents for detailed information concerning your coverage.

These Forms and Endorsements were included in your orginal policy. An asterisk(*) indicates a new or updated version is included in this package.

| FORM NUMBER | TITLE | STATE(S) Applicable |
|---|---|---|
| AC 00 31 01 14 | Changes In Your Policy | KY |
| AC 21 07 08 15 | Kentucky Uninsured Motorists Coverage | KY |
| AC 21 08 08 15 | Kentucky Underinsured Motorists Coverage | KY |
| AC 84 59 06 14 | State Application Of Terrorism Exclusion Endorsements Involving Nuclear, Biological Or Chemical Terrorism | KY |
| AC 85 01 06 18 | Business Auto Coverage Enhancement Endorsement | KY |
| CA 00 01 03 06 | Business Auto Coverage Form | KY |
| CA 01 25 12 02 | Kentucky Changes | KY |
| CA 22 16 03 06 | Kentucky Personal Injury Protection | KY |
| CA 23 45 11 16 | Public or Livery Passenger Conveyance and On - Demand Delivery Services Exclusion | KY |
| CA 23 85 01 06 | Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism | KY |
| CA 23 87 01 06 | Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits | KY |
| CA 23 89 01 06 | Alaska Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits | KY |

| Issue Date | 10/27/20 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**



*Coverage is provided by*

The Ohio Casualty Insurance Company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BAO (20) 58 65 91 40**
Policy Period:
**From 03/06/2020 To 12/27/2020**
Endorsement Period:
**From 09/21/2020 to 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| | WESHOP INSURANCE GROUP |

## POLICY FORMS AND ENDORSEMENTS - continued

This section lists all the Forms and Endorsements that make up the Commercial Business Auto coverage part of your policy. Refer to these documents for detailed information concerning your coverage.

These Forms and Endorsements were included in your orginal policy. An asterisk(*) indicates a new or updated version is included in this package.

| FORM NUMBER | TITLE | STATE(S) Applicable |
|---|---|---|
| CA 23 93 01 06 | Washington Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism | KY |
| CA 85 47 12 93 | Temporary Substitute Auto - Physical Damage Insurance | KY |
| CA 85 53 12 93 | Recreational Trailers and Boat Trailers | KY |
| *CA 86 65 06 10 | Exclusion of Named Person - Kentucky | KY |
| CA 87 77 03 11 | Changes in Who Is An Insured | KY |
| IL 00 17 11 98 | Common Policy Conditions | KY |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) | KY |
| IL 02 63 09 08 | Kentucky Changes - Cancellation and Nonrenewal | KY |

Issue Date     10/27/20

Authorized Representative

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**

# Liberty Mutual
### INSURANCE



*Coverage is provided in:*
The Ohio Casualty Insurance Company

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAO  (20)  58 65 91 40**
Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

## ITEM ONE:

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| | WESHOP INSURANCE GROUP |

## ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

**\*See Business Auto Coverage Form CA 00 01 for Covered Auto Symbol Descriptions**

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **Liability Insurance** | $1,000,000 each accident | $3,534.00 |
| | Covered Auto Symbol(s) 07* | |

| **Uninsured Motorist** | **Coverage** | **Limit** | $44.00 |
|---|---|---|---|
| Kentucky | Uninsured Motorists | $1,000,000 each accident | |
| | | Covered Auto Symbol(s) 07* | |

| **Underinsured Motorist** | **Coverage** | **Limit** | $358.00 |
|---|---|---|---|
| Kentucky | Underinsured Motorists | $1,000,000 each accident | |
| | | Covered Auto Symbol(s) 07* | |

---

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 43 01 08

**Liberty Mutual** INSURANCE

The Ohio Casualty Insurance Company

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAO (20) 58 65 91 40**
Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| | WESHOP INSURANCE GROUP |

## ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS - continued

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **Personal Injury Protection or** | | |
| **Equivalent No-fault Coverage - By State** | | $230.00 |
| | Covered Auto Symbol(s) 07* | |
| **Physical Damage** | Refer to Item Three | |
| Comprehensive | | $396.00 |
| | Covered Auto Symbol(s) 07* | |
| Collision | | $785.00 |
| | Covered Auto Symbol(s) 07* | |
| **Miscellaneous Coverages** | | |
| | Business Auto Enhancement Endorsement | $236.00 |
| **Other Charges** | | |
| **KY Municipal Town Tax** | | $642.16 |
| **KY Dept. of Revenue Surcharge** | | $100.53 |

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 43 01 08

**Liberty Mutual.**
INSURANCE

Coverage is provided in
The Ohio Casualty Insurance Company

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAO (20) 58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

---

**Named Insured**

BEYOND THE SURFACE, LLC

**Agent**

(844) 502-4025
WESHOP INSURANCE GROUP

---

## SUMMARY OF LIMITS AND CHARGES - continued

*Total Provisional Charges:* **$6,325.69**
*Note: This is not a bill*

---

## SUMMARY OF COVERED VEHICLES

| UNIT | YEAR | MAKE/MODEL | VIN | TERR | ST | CLASS | ZIP | SYM/COST |
|------|------|------------|-----|------|----|----|-----|----------|
| 002 | 2012 | INT'L TERRASTAR | 1HTJSSKK3CJ591256 | 117 | 16 | 23189 | 40356 | $42,101 |
| 003 | 2009 | FORD SUPER DUTY F- | 1FTSW21R99EA91351 | 117 | 16 | 03189 | 40356 | $37,950 |

---

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 43 01 08

**Liberty Mutual.**
INSURANCE

*Coverage is provided in*
The Ohio Casualty Insurance Company

Policy Number:
**BAO (20) 58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Business Automobile**
**Revised Policy Declarations**

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| | WESHOP INSURANCE GROUP |

## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL

**UNIT 002      2012    INT'L TERRASTAR                VIN: 1HTJSSKK3CJ591256**

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 23189 | $42,101 | 117 | KY | 40356 | 0612 |

Not Covered by Workers' Compensation

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,835.00 |
| Uninsured Motorist | | $22.00 |
| Underinsured Motorist | | $179.00 |
| Personal Injury Protection | | $115.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $1000 Deductible | $230.00 |
| | Collision - Actual Cash Value Less $1000 Deductible | $489.00 |
| Other Charges | KY Municipal Town Tax | $330.08 |
| | KY Dept. of Revenue Surcharge | $51.67 |
| | ***Total Premium*** | ***$3,251.75*** |

**UNIT 003      2009    FORD SUPER DUTY F-250                VIN: 1FTSW21R99EA91351**

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 03189 | $37,950 | 117 | KY | 40356 | 0612 |

Not Covered by Workers' Compensation

| DESCRIPTION | PREMIUM |
|---|---|
| Liability Insurance | $1,699.00 |
| Uninsured Motorist | $22.00 |
| Underinsured Motorist | $179.00 |
| Personal Injury Protection | $115.00 |

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 43 01 08

**Liberty Mutual** INSURANCE

*Coverage is provided by*
The Ohio Casualty Insurance Company

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAO (20) 58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*



| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025<br>WESHOP INSURANCE GROUP |

## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL - continued

| | | |
|---|---|---|
| **Physical Damage** | Comprehensive - Actual Cash Value Less $1000 Deductible | $166.00 |
| | Collision - Actual Cash Value Less $1000 Deductible | $296.00 |
| **Other Charges** | KY Municipal Town Tax | $284.94 |
| | KY Dept. of Revenue Surcharge | $44.61 |
| | ***Total Premium*** | ***$2,806.55*** |

## MISCELLANEOUS COVERAGES

| | |
|---|---|
| **Other Charges** | |
| KY Municipal Town Tax | $27.14 |
| KY Dept. of Revenue Surcharge | $4.25 |

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 43 01 08

This page intentionally left blank.

COMMERCIAL  AUTO
CA 86 65 06 10

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  OF NAMED  PERSON - KENTUCKY

This endorsement  modifies  insurance  provided  under the following:

> BUSINESS  AUTO  COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR  CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided  by this endorsement,  the provisions  of the Coverage Form apply  unless modified  by the endorsement.

This endorsement  changes the policy  effective  on the inception  date of the policy  unless another date is indicated  below.



| Endorsement  effective<br>09/21/2020                  at 12:01 A.M. standard  time | |
|---|---|
| Named  Insured<br>BEYOND THE SURFACE, LLC | Countersigned  by |

(Authorized Representative)

It is agreed the Company shall not be liable for loss, damage and/or liability  due to the operation  of a covered  auto by the following   person(s):

### NAMED  PERSON(S)

1. SHAWN   PERKINS

2.

The limit  of the Company's  liability   shall not be more than the limit  of the financial  responsibility   law of the state in which such finding  was made. All other coverages, including  no fault and physical  damage cov-erages will remain  in effect at limits  thereby specified  within  the policy.

This endorsement  is in effect and shall apply  to all renewals  of this policy.  This endorsement  can be canceled or deleted by written  request of the Named  Insured,  with approval  of the Company.

**ACCEPTED BY**  _____

Signature of a Named Insured

**ACCEPTED BY**  _____

Signature of a Named Insured

This page intentionally left blank.



**Liberty Mutual.**
**INSURANCE**

Coverage is provided by
The Ohio Casualty Insurance Company

175 Berkeley St., Boston, MA 02116

**Policy  Change  Endorsement**

Policy Number:
**BAO   (20)   58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**

Endorsement Period:
**From 03/06/2020 to 12/27/2020**

*12:01 am Standard Time*
*at Insured Mailing Location*

---

**Named Insured & Mailing Address**    **Agent Mailing Address & Phone No.**

BEYOND THE SURFACE, LLC
170 Computrex Dr
Nicholasville, KY 40356

(844) 502-4025
WESHOP INSURANCE GROUP
PO BOX 622795
OVIEDO, FL 32762-2795

---

## CHANGES TO POLICY -  TRANSACTION #  3

---

### This Policy Change Endorsement  Results In A Change In The Charges As Follows:

**No Change in Premium**

### Description  of Change(s)

Coverage Forms and Endorsements

Amend to delete vehicle: 2007 KIA RONDO VIN#

KNAFG526277121583Amend  to add vehicle:

1FTSW21R99EA91351 2009 Ford F250 Super Duty

See The Revised Declarations and Declarations Schedule

---

Issue Date       01/15/20                              Authorized  Representative

---

*To report a claim,  call your Agent or 1-844-325-2467*

**DS 70 27 01 08**



Coverage is provided by:
The Ohio Casualty Insurance Company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BAO (20) 58 65 91 40**
Policy Period:
**From 03/06/2020 To 12/27/2020**
Endorsement Period:
**From 03/06/2020 to 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

---

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| | WESHOP INSURANCE GROUP |

## POLICY FORMS AND ENDORSEMENTS

This section lists all the Forms and Endorsements that make up the Commercial Business Auto coverage part of your policy. Refer to these documents for detailed information concerning your coverage.

These Forms and Endorsements were included in your orginal policy. An asterisk(*) indicates a new or updated version is included in this package.

| FORM NUMBER | TITLE | STATE(S) Applicable |
|---|---|---|
| AC 00 31 01 14 | Changes In Your Policy | KY |
| AC 21 07 08 15 | Kentucky Uninsured Motorists Coverage | KY |
| AC 21 08 08 15 | Kentucky Underinsured Motorists Coverage | KY |
| AC 84 59 06 14 | State Application Of Terrorism Exclusion Endorsements Involving Nuclear, Biological Or Chemical Terrorism | KY |
| AC 85 01 06 18 | Business Auto Coverage Enhancement Endorsement | KY |
| CA 00 01 03 06 | Business Auto Coverage Form | KY |
| CA 01 25 12 02 | Kentucky Changes | KY |
| CA 22 16 03 06 | Kentucky Personal Injury Protection | KY |
| CA 23 45 11 16 | Public or Livery Passenger Conveyance and On - Demand Delivery Services Exclusion | KY |
| CA 23 85 01 06 | Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism | KY |
| CA 23 87 01 06 | Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits | KY |
| CA 23 89 01 06 | Alaska Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits | KY |

---

| Issue Date | 01/15/20 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**

# Liberty Mutual. INSURANCE

The Ohio Casualty Insurance Company

175 Berkeley St., Boston, MA 02116

### Policy Change Endorsement

Policy Number:
**BAO (20) 58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**

Endorsement Period:
**From 03/06/2020 to 12/27/2020**

*12:01 am Standard Time
at Insured Mailing Location*

---

**Named Insured**

BEYOND THE SURFACE, LLC

**Agent**

(844) 502-4025
WESHOP INSURANCE GROUP

---

## POLICY FORMS AND ENDORSEMENTS - continued

This section lists all the Forms and Endorsements that make up the Commercial Business Auto coverage part of your policy. Refer to these documents for detailed information concerning your coverage.

These Forms and Endorsements were included in your orginal policy. An asterisk(*) indicates a new or updated version is included in this package.

| FORM NUMBER | TITLE | STATE(S) Applicable |
|---|---|---|
| CA 23 93 01 06 | Washington Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism | KY |
| CA 85 47 12 93 | Temporary Substitute Auto - Physical Damage Insurance | KY |
| CA 85 53 12 93 | Recreational Trailers and Boat Trailers | KY |
| CA 87 77 03 11 | Changes in Who Is An Insured | KY |
| IL 00 17 11 98 | Common Policy Conditions | KY |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) | KY |
| IL 02 63 09 08 | Kentucky Changes - Cancellation and Nonrenewal | KY |

---

Issue Date    01/15/20

Authorized Representative

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 27 01 08

This page intentionally left blank.



## Liberty Mutual.
### INSURANCE

The Ohio Casualty Insurance Company

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAO (20) 58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

## ITEM ONE:

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025<br>WESHOP INSURANCE GROUP |

## ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

**\*See Business Auto Coverage Form CA 00 01 for Covered Auto Symbol Descriptions**

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **Liability Insurance** | $1,000,000 each accident | $3,534.00 |
| | Covered Auto Symbol(s) 07* | |

| **Uninsured Motorist** | **Coverage** | | **Limit** | $44.00 |
|---|---|---|---|---|
| Kentucky | Uninsured Motorists | | $1,000,000 each accident | |
| | | Covered Auto Symbol(s) 07* | | |

| **Underinsured Motorist** | **Coverage** | | **Limit** | $358.00 |
|---|---|---|---|---|
| Kentucky | Underinsured Motorists | | $1,000,000 each accident | |
| | | Covered Auto Symbol(s) 07* | | |

*To report a claim, call your Agent or 1-844-325-2467*
**DS 70 43 01 08**

**Liberty Mutual** INSURANCE

The Ohio Casualty Insurance Company

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAO (20) 58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| | WESHOP INSURANCE GROUP |

## ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS - continued

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **Personal Injury Protection or** | | |
| **Equivalent No-fault Coverage - By State** | | $230.00 |
| | Covered Auto Symbol(s) 07* | |
| **Physical Damage** | Refer to Item Three | |
| Comprehensive | | $396.00 |
| | Covered Auto Symbol(s) 07* | |
| Collision | | $785.00 |
| | Covered Auto Symbol(s) 07* | |
| **Miscellaneous Coverages** | | |
| Business Auto Enhancement Endorsement | | $236.00 |
| **Other Charges** | | |
| **KY Municipal Town Tax** | | $642.16 |
| **KY Dept. of Revenue Surcharge** | | $100.53 |

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 43 01 08

**Liberty Mutual** INSURANCE

Coverage is provided by
The Ohio Casualty Insurance Company

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAO (20) 58 65 91 40**
Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| | WESHOP INSURANCE GROUP |

## SUMMARY OF LIMITS AND CHARGES - continued

*Total Provisional Charges:* **$6,325.69**
*Note: This is not a bill*

## SUMMARY OF COVERED VEHICLES

| UNIT | YEAR | MAKE/MODEL | VIN | TERR | ST | CLASS | ZIP | SYM/COST |
|---|---|---|---|---|---|---|---|---|
| 002 | 2012 | INT'L TERRASTAR | 1HTJSSKK3CJ591256 | 117 | 16 | 23189 | 40356 | $42,101 |
| 003 | 2009 | FORD SUPER DUTY F- | 1FTSW21R99EA91351 | 117 | 16 | 03189 | 40356 | $37,950 |

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 43 01 08

**Liberty Mutual.**
INSURANCE

Coverage is provided in
The Ohio Casualty Insurance Company

Policy Number:
**BAO (20) 58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time
at Insured Mailing Location*

**Business Automobile
Revised Policy Declarations**

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 WESHOP INSURANCE GROUP |

## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL

### UNIT 002   2012   INT'L TERRASTAR   VIN: 1HTJSSKK3CJ591256

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 23189 | $42,101 | 117 | KY | 40356 | 0612 |

Not Covered by Workers' Compensation

| DESCRIPTION | PREMIUM |
|---|---|
| Liability Insurance | $1,835.00 |
| Uninsured Motorist | $22.00 |
| Underinsured Motorist | $179.00 |
| Personal Injury Protection | $115.00 |
| Physical Damage   Comprehensive - Actual Cash Value Less $1000 Deductible | $230.00 |
| Collision - Actual Cash Value Less $1000 Deductible | $489.00 |
| Other Charges   KY Municipal Town Tax | $330.08 |
| KY Dept. of Revenue Surcharge | $51.67 |
| **Total Premium** | **$3,251.75** |

### UNIT 003   2009   FORD SUPER DUTY F-250   VIN: 1FTSW21R99EA91351

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 03189 | $37,950 | 117 | KY | 40356 | 0612 |

Not Covered by Workers' Compensation

| DESCRIPTION | PREMIUM |
|---|---|
| Liability Insurance | $1,699.00 |
| Uninsured Motorist | $22.00 |
| Underinsured Motorist | $179.00 |
| Personal Injury Protection | $115.00 |

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 43 01 08

**Liberty Mutual** INSURANCE

Coverage is provided by
The Ohio Casualty Insurance Company

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAO (20) 58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| | WESHOP INSURANCE GROUP |



## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL - continued

| | | | |
|---|---|---|---|
| **Physical Damage** | Comprehensive - Actual Cash Value Less $1000 Deductible | | $166.00 |
| | Collision - Actual Cash Value Less $1000 Deductible | | $296.00 |
| **Other Charges** | KY Municipal Town Tax | | $284.94 |
| | KY Dept. of Revenue Surcharge | | $44.61 |
| | | *Total Premium* | *$2,806.55* |

## MISCELLANEOUS COVERAGES

| | | |
|---|---|---|
| **Other Charges** | | |
| | KY Municipal Town Tax | $27.14 |
| | KY Dept. of Revenue Surcharge | $4.25 |

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 43 01 08

This page intentionally left blank.



**Policyholder   Information**

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| BEYOND THE SURFACE, LLC<br>170 Computrex Dr<br>Nicholasville, KY 40356 | (844) 502-4025<br>WESHOP INSURANCE GROUP<br>PO BOX 622795<br>OVIEDO, FL 32762-2795 |




**THIS IS NOT A BILL**

**Your Commercial Documents**

### *Dear Policyholder:*

Your Business Auto policy has been endorsed. We have enclosed documents that reflect the change in your commercial auto policy.

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (844) 502-4025



**Reminders**

- Detach the ID Card located at the back of the policy
- Verify that all information is correct
- If you have any changes, please contact your Agent at (844) 502-4025
- In case of a claim, call your Agent or  1-844-325-2467

### You Need To Know

- **AUTO I.D. CARDS ARE INCLUDED AT THE BACK OF THE POLICY** and can be used as evidence of insurance and provide you with information on what to do in case of an accident.

- **TWO KENTUCKY PROOF OF INSURANCE CARDS FOR EACH AUTO ARE INCLUDED AFTER THIS PAGE. You should keep one card in the vehicle. It must be shown to a police officer upon request. The other card must be given to your county clerk when you renew your auto registration. If the Vehicle Identification Number(VIN) on your card does not agree with the number on your motor vehicle registration and on your motor vehicle, contact your agent for a correction. If the VIN on your motor vehicle registration and on your motor vehicle are not identical, contact your county clerk for a correction on your motor vehicle registration.**

- **CONTINUED ON NEXT PAGE**

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 20 01 08

**You Need To Know - continued**

- **NOTICE(S) TO POLICYHOLDER(S)**

  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

  These forms were included in your original policy. An asterisk (*) indicates that a new or updated version is included in this package.

| FORM NUMBER | TITLE |
|---|---|
| CNA90 19 06 18 | Important Notice To Policyholders |
| CNI90 11 07 18 | Reporting A Commercial Claim 24 Hours A Day |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 74 78 02 12 | Policyholder Disclosure Kentucky Local Government Premium Tax |
| NP 76 12 03 11 | Changes to the Who Is An Insured Provision |
| NP 76 13 07 11 | Kentucky Uninsured Motorists, Underinsured Motorists and Personal Injury Protection Coverages |
| NP 88 01 09 08 | Important Information About Driving Outside of the United States and Proof of Auto Insurance |
| NP 89 69 11 10 | Important Policyholder Information Concerning Billing Practices |
| UA KY 01 11 17 | Kentucky Uninsured Motorists Coverage Selection/Rejection |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.



Coverage Is Provided In:

The Ohio Casualty Insurance Company

175 Berkeley St., Boston, MA 02116

Policy Number:
**BAO (20) 58 65 91 40**
Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations



| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| BEYOND THE SURFACE, LLC<br>170 Computrex Dr<br>Nicholasville, KY 40356 | (844) 502-4025<br>WESHOP INSURANCE GROUP<br>PO BOX 622795<br>OVIEDO, FL 32762-2795 |

**Named Insured Is:** LIMITED LIABILITY COMPANY

**Named Insured Business Is:** LANDSCAPE AND LAWN CARE

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

### SUMMARY OF COVERAGE PARTS AND CHARGES

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| **Business Auto** | $6,325.69 |

*Total Charges for all of the above coverage parts:* **$6,325.69**
*Coverage for Terrorism resulting from Nuclear, Biological or Chemical Acts is Excluded*

*Note: This is not a bill*

### IMPORTANT MESSAGES

| Issue Date | 01/15/20 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 21 11 16

Case: 5:21-cv-00180-KKC Doc #: 1-2 Filed: 06/28/21 Page: 33 of 123 - Page ID#: 54



Coverage is provided in
The Ohio Casualty Insurance Company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BAO (20) 58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**

Endorsement Period:
**From 03/06/2020 to 12/27/2020**

*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| BEYOND THE SURFACE, LLC<br>170 Computrex Dr<br>Nicholasville, KY 40356 | (844) 502-4025<br>WESHOP INSURANCE GROUP<br>PO BOX 622795<br>OVIEDO, FL 32762-2795 |

## CHANGES TO POLICY - TRANSACTION # 2

### This Policy Change Endorsement Results In A Change In The Charges As Follows:

| | |
|---|---|
| Additional Premium | $668.00 |
| Additional KY Municipal Town Tax | 76.94 |
| Additional KY Dept. of Revenue Surcharge | 12.07 |
| *Total Additional Charges* | *$757.01* |

*Note: This is not a bill*

### Description of Change(s)

Coverage Forms and Endorsements

Amend to delete vehicle: 2007 KIA RONDO VIN#

KNAFG526277121583Amend to add vehicle:

1FTSW21R99EA91351 2009 Ford F250 Super Duty

See The Revised Declarations and Declarations Schedule

| | | |
|---|---|---|
| Issue Date | 01/15/20 | Authorized Representative |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**

**Liberty Mutual** INSURANCE

*Coverage is provided by*

The Ohio Casualty Insurance Company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:

**BAO (20) 58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**

Endorsement Period:
**From 03/06/2020 to 12/27/2020**

*12:01 am Standard Time*
*at Insured Mailing Location*

---

**Named Insured**

BEYOND THE SURFACE, LLC

**Agent**

(844) 502-4025
WESHOP INSURANCE GROUP

---

## POLICY FORMS AND ENDORSEMENTS

This section lists all the Forms and Endorsements that make up the Commercial Business Auto coverage part of your policy. Refer to these documents for detailed information concerning your coverage.

These Forms and Endorsements were included in your orginal policy. An asterisk(*) indicates a new or updated version is included in this package.

| FORM NUMBER | TITLE | STATE(S) Applicable |
|---|---|---|
| AC 00 31 01 14 | Changes In Your Policy | KY |
| AC 21 07 08 15 | Kentucky Uninsured Motorists Coverage | KY |
| AC 21 08 08 15 | Kentucky Underinsured Motorists Coverage | KY |
| AC 84 59 06 14 | State Application Of Terrorism Exclusion Endorsements Involving Nuclear, Biological Or Chemical Terrorism | KY |
| AC 85 01 06 18 | Business Auto Coverage Enhancement Endorsement | KY |
| CA 00 01 03 06 | Business Auto Coverage Form | KY |
| CA 01 25 12 02 | Kentucky Changes | KY |
| CA 22 16 03 06 | Kentucky Personal Injury Protection | KY |
| CA 23 45 11 16 | Public or Livery Passenger Conveyance and On - Demand Delivery Services Exclusion | KY |
| CA 23 85 01 06 | Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism | KY |
| CA 23 87 01 06 | Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits | KY |
| CA 23 89 01 06 | Alaska Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits | KY |

---

Issue Date       01/15/20

Authorized Representative

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**





*Coverage is provided by*

The Ohio Casualty Insurance Company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BAO (20) 58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**

Endorsement Period:
**From 03/06/2020 to 12/27/2020**

*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| | WESHOP INSURANCE GROUP |

## POLICY FORMS AND ENDORSEMENTS - continued

This section lists all the Forms and Endorsements that make up the Commercial Business Auto coverage part of your policy. Refer to these documents for detailed information concerning your coverage.

These Forms and Endorsements were included in your orginal policy. An asterisk(*) indicates a new or updated version is included in this package.

| FORM NUMBER | TITLE | STATE(S) Applicable |
|---|---|---|
| CA 23 93 01 06 | Washington Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism | KY |
| CA 85 47 12 93 | Temporary Substitute Auto - Physical Damage Insurance | KY |
| CA 85 53 12 93 | Recreational Trailers and Boat Trailers | KY |
| CA 87 77 03 11 | Changes in Who Is An Insured | KY |
| IL 00 17 11 98 | Common Policy Conditions | KY |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) | KY |
| IL 02 63 09 08 | Kentucky Changes - Cancellation and Nonrenewal | KY |

| Issue Date | 01/15/20 | | Authorized Representative |
|---|---|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 27 01 08

**Liberty Mutual** INSURANCE

The Ohio Casualty Insurance Company

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAO (20) 58 65 91 40**
Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

## ITEM ONE:

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025<br>WESHOP INSURANCE GROUP |

## ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

**\*See Business Auto Coverage Form CA 00 01 for Covered Auto Symbol Descriptions**

| COVERAGES | | LIMIT | | PREMIUM |
|---|---|---|---|---|
| **Liability Insurance** | | $1,000,000 each accident | | $3,534.00 |
| | | Covered Auto Symbol(s) 07* | | |
| **Uninsured Motorist** | Coverage | | Limit | $44.00 |
| Kentucky | Uninsured Motorists | | **$1,000,000 each accident** | - |
| | | Covered Auto Symbol(s) 07* | | |
| **Underinsured Motorist** | Coverage | | Limit | $358.00 |
| Kentucky | Underinsured Motorists | | **$1,000,000 each accident** | - |
| | | Covered Auto Symbol(s) 07* | | |

*To report a claim, call your Agent or 1-844-325-2467*
**DS 70 43 01 08**

**Liberty Mutual** INSURANCE

The Ohio Casualty Insurance Company

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAO (20) 58 65 91 40**
Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| | WESHOP INSURANCE GROUP |

## ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS - continued

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **Personal Injury Protection or** | | |
| **Equivalent No-fault Coverage - By State** | | $230.00 |
| | Covered Auto Symbol(s) 07* | |
| **Physical Damage** | Refer to Item Three | |
| Comprehensive | | $396.00 |
| | Covered Auto Symbol(s) 07* | |
| Collision | | $785.00 |
| | Covered Auto Symbol(s) 07* | |
| **Miscellaneous Coverages** | | |
| | Business Auto Enhancement Endorsement | $236.00 |
| **Other Charges** | | |
| **KY Municipal Town Tax** | | $642.16 |
| **KY Dept. of Revenue Surcharge** | | $100.53 |

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 43 01 08



**Liberty Mutual** INSURANCE

*Coverage is provided by*
The Ohio Casualty Insurance Company
_____

**Business Automobile**

**Revised Policy Declarations**

Policy Number:
**BAO (20) 58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| | WESHOP INSURANCE GROUP |

## SUMMARY OF LIMITS AND CHARGES - continued

*Total Provisional Charges:*      **$6,325.69**

*Note: This is not a bill*

## SUMMARY OF COVERED VEHICLES

| UNIT | YEAR | MAKE/MODEL | VIN | TERR | ST | CLASS | ZIP | SYM/COST |
|---|---|---|---|---|---|---|---|---|
| 002 | 2012 | INT'L TERRASTAR | 1HTJSSKK3CJ591256 | 117 | 16 | 23189 | 40356 | $42,101 |
| 003 | 2009 | FORD SUPER DUTY F- | 1FTSW21R99EA91351 | 117 | 16 | 03189 | 40356 | $37,950 |

**Liberty Mutual.**
INSURANCE

*Coverage is provided in:*
The Ohio Casualty Insurance Company

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAO (20) 58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| | WESHOP INSURANCE GROUP |

## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL

**UNIT 002    2012    INT'L TERRASTAR    VIN: 1HTJSSKK3CJ591256**

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 23189 | $42,101 | 117 | KY | 40356 | 0612 |

Not Covered by Workers' Compensation

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,835.00 |
| Uninsured Motorist | | $22.00 |
| Underinsured Motorist | | $179.00 |
| Personal Injury Protection | | $115.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $1000 Deductible | $230.00 |
| | Collision - Actual Cash Value Less $1000 Deductible | $489.00 |
| Other Charges | KY Municipal Town Tax | $330.08 |
| | KY Dept. of Revenue Surcharge | $51.67 |
| | *Total Premium* | **$3,251.75** |

**UNIT 003    2009    FORD SUPER DUTY F-250    VIN: 1FTSW21R99EA91351**

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 03189 | $37,950 | 117 | KY | 40356 | 0612 |

Not Covered by Workers' Compensation

| DESCRIPTION | PREMIUM |
|---|---|
| Liability Insurance | $1,699.00 |
| Uninsured Motorist | $22.00 |
| Underinsured Motorist | $179.00 |
| Personal Injury Protection | $115.00 |

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 43 01 08



**Liberty Mutual**
INSURANCE

*Coverage is provided by:*
The Ohio Casualty Insurance Company

**Business Automobile**
**Revised Policy Declarations**

Policy Number:
**BAO (20) 58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

---

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| | WESHOP INSURANCE GROUP |

## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL - continued

| | | |
|---|---|---|
| **Physical Damage** | Comprehensive - Actual Cash Value Less $1000 Deductible | $166.00 |
| | Collision - Actual Cash Value Less $1000 Deductible | $296.00 |
| **Other Charges** | KY Municipal Town Tax | $284.94 |
| | KY Dept. of Revenue Surcharge | $44.61 |
| | ***Total Premium*** | ***$2,806.55*** |

## MISCELLANEOUS COVERAGES

| | |
|---|---|
| **Other Charges** | |
| KY Municipal Town Tax | $27.14 |
| KY Dept. of Revenue Surcharge | $4.25 |

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 43 01 08

This page intentionally left blank.



**Policyholder   Information**

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| BEYOND THE SURFACE, LLC<br>170 Computrex Dr<br>Nicholasville, KY 40356 | (844) 502-4025<br>WESHOP INSURANCE GROUP<br>PO BOX 622795<br>OVIEDO, FL 32762-2795 |





**Your Commercial Documents**

### *Dear Policyholder:*

We know you work hard to build your business. We work together with your agent, **WESHOP INSURANCE GROUP     (844) 502-4025** to help protect the things you care about. Thank you for selecting us.

Enclosed are your insurance documents consisting of:

- Business Auto

To find your specific coverages, limits of liability, and premium, please refer to your Declarations page(s).

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (844) 502-4025

THIS IS NOT A BILL



**Reminders**

- Detach the ID Card located at the back of the policy
- Verify that all information is correct
- If you have any changes, please contact your Agent at (844) 502-4025
- In case of a claim, call your Agent or  1-844-325-2467

## You Need To Know

- **AUTO I.D. CARDS ARE INCLUDED AT THE BACK OF THE POLICY** and can be used as evidence of insurance and provide you with information on what to do in case of an accident.

- **CONTINUED ON NEXT PAGE**

*To report a claim, call your Agent or  1-844-325-2467*

DS 70 20 01 08

**You Need To Know - continued**

- **TWO KENTUCKY PROOF OF INSURANCE CARDS FOR EACH AUTO ARE INCLUDED AFTER THIS PAGE. You should keep one card in the vehicle. It must be shown to a police officer upon request. The other card must be given to your county clerk when you renew your auto registration. If the Vehicle Identification Number(VIN) on your card does not agree with the number on your motor vehicle registration and on your motor vehicle, contact your agent for a correction. If the VIN on your motor vehicle registration and on your motor vehicle are not identical, contact your county clerk for a correction on your motor vehicle registration.**

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
|---|---|
| CNA90 19 06 18 | Important Notice To Policyholders |
| CNI90 11 07 18 | Reporting A Commercial Claim 24 Hours A Day |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 74 78 02 12 | Policyholder Disclosure Kentucky Local Government Premium Tax |
| NP 76 12 03 11 | Changes to the Who Is An Insured Provision |
| NP 76 13 07 11 | Kentucky Uninsured Motorists, Underinsured Motorists and Personal Injury Protection Coverages |
| NP 88 01 09 08 | Important Information About Driving Outside of the United States and Proof of Auto Insurance |
| NP 89 69 11 10 | Important Policyholder Information Concerning Billing Practices |
| UA KY 01 11 17 | Kentucky Uninsured Motorists Coverage Selection/Rejection |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

# IMPORTANT  NOTICE  TO  POLICYHOLDERS

Dear Valued  Policyholder,

Thank you for selecting us as your carrier for your commercial insurance. This notice contains a brief summary of coverage changes being made to the Business Auto Coverage Enhancement Endorsement, **AC 85 01,** on your policy.

This Notice does not form a part of your policy nor is any coverage provided by this Notice. It should not be construed as replacing any provision of your policy. You should read your policy and review your Declarations page for complete information  on the coverages you are provided. If there is any conflict between the Policy and this Notice, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

This Notice provides information  concerning the following  forms and endorsements  which apply to your renewal policy being issued by us. The forms and endorsements  may reduce or broaden coverage.

Should  you have questions  after reviewing  the changes  outlined  below,  please contact your independent agent. Thank you for your business.

### COVERAGE CHANGES

**BROADENINGS AND NEW COVERAGE**

**Primary and Non-Contributing  if Required by Written  Contract or Written  Agreement**
If an insured  agrees to be primary  and non- contributing  in a written  contract we will be primary  and without  right of contribution.

**Trailers - Increased  Load Capacity**
Increases trailers automatically   covered for liability  to 3,000 lbs.

**Physical Damage Deductible  - Vehicle Tracking System**
Any comprehensive  deductible  will be reduced by 50% for a theft loss in which a vehicle tracking device was used as the method  to recover  the vehicle.

**Towing  and Labor**
Coverage for private  passenger  vehicles and light  trucks is now $75 per tow.

**Two or More Deductibles**

For the state of California,  the Two or More Deductible  Provision  was already included  in Business  Auto Coverage Enhancement  Endorsement,  **CA 88 10 01 13** and does not represent  a change in coverage.

Under  Physical Damage Coverages, if two or more company  policies or coverage  forms apply to the same accident,  the applicable  deductible  will be reduced by the amount  of the smallest  deductible  (And, if the applicable  deductible  is the smaller  deductible,  then that deductible  will be waived).

**CLARIFICATIONS AND REDUCTIONS**

**Audio, Visual and Data Electronic Equipment  Coverage**
Changes in format  to make the coverage  easier to read.

**Waiver of Transfer of Rights of Recovery Against Others to Us**
This coverage now requires the insured  to have waived  the right to subrogation  in a written  contract  or written  agreement.

**Rental Reimbursement**
Coverage now requires rental of a comparable  or lesser vehicle. The $500 in tools coverage and rental reimbursement  is excess over other collectible  insurance. Additionally,  if you elect to schedule higher limits  in your policy - the coverage in this endorsement  is in addition  to the coverage you have purchased.

**Hired Auto Physical Damage**
The coverage extension  does not include autos rented or borrowed  from an insured's  employee  or any member  of the employee's  household. Additionally,  the coverage is excess over other collectible  insurance.

© 2017 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Amended Fellow Employee Exclusion**

This coverage now requires you have workers compensation in force for all your employees in order for coverage to apply. Additionally, the coverage is now excess over any other collectible insurance (i.e. the employee's personal auto policy). If there is no coverage available, this coverage will be primary.

**Additional Insured by Contract, Agreement or permit**

The coverage now specifies that a written contract or written agreement must be in place for additional insured status to be granted. It also requires the insured submit a claim to the additional insured's insurer if the insured has not agreed in writing to be primary and noncontributing.

**Newly Formed or Acquired Subsidiaries**

This coverage now includes LLC's which represents a broadening in language. However, coverage is now limited to only newly acquired or formed subsidiaries for a period of 90 days after formation. When the insured purchases or forms a new entity we ask that that entity be disclosed to Liberty within 90 days.

**Extended Cancellation Condition**

The extended cancellation condition is being removed. This provision can be scheduled separately at no charge if requested.

© 2017 Liberty Mutual Insurance

**CNA 90 19 06 18**     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     **Page 2 of 2**

CNI 90 11 07 18

# REPORTING A COMMERCIAL CLAIM 24 HOURS A DAY

**Liberty Mutual Insurance claims professionals across the United States are ready to resolve your claim quickly and fairly, so you and your team can focus on your business. Our claims teams are specialized, experienced and dedicated to a high standard of service.**

**We're Just a Call Away - One Phone Number to Report All Commercial Insurance Claims**

Reporting a new claim has never been easier. A Liberty Mutual customer service representative is available to you 24/7 at 1(844)325-2467 for reporting new property, auto, liability and workers' compensation claims. With contact centers strategically located throughout the country for continuity and accessibility, we're there when we're needed!

**Additional Resource for Workers' Compensation Customers**

In many states, employers are required by law to use state-specific workers compensation claims forms and posting notices. This type of information can be found in the Policyholders Toolkit section of our website along with other helpful resources such as:

- Direct links to state workers compensation websites where you can find state-specific claim forms
- Assistance finding local medical providers
- First Fill pharmacy forms - part of our managed care pharmacy program committed to helping injured workers recover and return to work

Our Policyholder Toolkit can be accessed at **www.libertymutualgroup.com/toolkit.**

For all claims inquiries please call us at                    .



NP 74 44 09 06

# U.S. TREASURY DEPARTMENT'S  OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
## ADVISORY  NOTICE  TO POLICYHOLDERS

No coverage  is provided  by this Policyholder  Notice  nor can it be construed  to replace any provisions  of your policy.  You should read your policy  and review  your Declarations  page for complete  information  on the coverages  you are provided.

This Notice  provides  information   concerning  possible  impact on your insurance  coverage  due to directives  issued  by OFAC. **Please read this Notice  carefully.**

Please refer any questions  you may have to your insurance  agent.

The Office of Foreign Assets Control  (OFAC) administers  and enforces  sanctions  policy,  based on Presidential  declarations  of "national   emergency".   OFAC has identified   and listed numerous:

- Foreign  agents;
- Front organizations;
- Terrorists;
- Terrorist  organizations;   and
- Narcotics  traffickers;

as "Specially   Designated  Nationals  and Blocked Persons".  This list can be located  on the United  States Treasury's  web site - http//www.treas.gov/ofac.

In accordance  with OFAC regulations,  if it is determined  that you or any other insured,  or any person or entity  claiming  the benefits  of this insurance  has violated  U.S. sanctions  law or is a Specially  Designated  National  and Blocked Person, as identified  by OFAC, this insurance  will be considered  a blocked or frozen contract  and all provisions  of this insurance  are immediately   subject  to OFAC. When an insurance  policy  is considered  to be such a blocked or frozen contract,  no payments  nor premium  refunds may be made without  authorization  from  OFAC. Other limitations   on the premiums  and payments  also apply.

© 2011 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

NP 74 78 02 12

## Policyholder Disclosure
## Kentucky Local Government Premium Tax



Kentucky statute KRS 91A.080 permits cities, counties, charter counties, consolidated local governments or urban-county governments to impose and collect license fees or taxes upon insurance companies for the privilege of engaging in the business of insurance. This statute also allows the insurance companies to include these license fees or taxes in the policy premium and to charge a collection fee in accordance with the guidelines issued by the Office of Insurance.

If you have any questions, please contact your agent.

## Location(s) Jurisdiction Information:

**Loc 001:** 170 Computrex Dr, Nicholasville, KY 40356-9790
Jurisdiction applied to this location:
00612   Nicholasville

## SUMMARY OF LOCAL GOVERNMENT PREMIUM TAXES AND FEES:

| Tax Code | City or County | $ |
|---|---|---|
| 00612 | Nicholasville | **$565.22** |

KENTUCKY LOCAL GOVERNMENT PREMIUM TAX INCLUDES A COLLECTION FEE.

NP 76 12 03 11

# IMPORTANT   INFORMATION   CONCERNING   CHANGES
# TO   THE   WHO   IS   AN   INSURED   PROVISIONS

This notice has been prepared in conjunction with the implementation of changes to your policy.

Please read your policy and review your declarations page for complete coverage information. No coverage is provided by this notice, nor can it be construed to replace any provisions of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail.

## CLARIFICATION OF COVERAGE

**CA 87 77 03 11 - Changes In Who Is An Insured**

New endorsement CA 87 77 03 11 is being added to your policy to clarify Section II Liability Coverage, Paragraph A. Coverage, Sub-paragraph 1. **Who Is An Insured.** Language is being added to the exception found under paragraph b.(1) to exclude the owner, employee, agent or driver of the owner, or anyone else from who you hire or borrow a covered auto.

You should contact your agent if you have any questions concerning these changes or for any other questions you have regarding your auto insurance.



©  2011 Liberty Mutual Insurance. All rights reserved.

## KENTUCKY

## IMPORTANT NOTICE CONCERNING UNINSURED MOTORISTS, UNDERINSURED MOTORISTS AND PERSONAL INJURY PROTECTION COVERAGES

Dear Kentucky Policyholder,

We appreciate your business and thank you for continuing your commercial automobile insurance with us. We would like to take this moment to pass along this important message concerning the availability of optional coverages and limits that you can purchase.

Unless you have already purchased the maximum amount of Uninsured Motorists Coverage available to you, Kentucky law gives you the right to purchase higher limits up to an amount equal to the Liability Limits of your Policy.

In addition, Kentucky law allows you to purchase optional Underinsured Motorist Coverage, in limits equal to the limits you have purchased for Uninsured Motorists Coverage.

Finally, if the description of the Named Insured in Item One of your policy includes the description of an Individual Named Insured, you have the right to purchase Added Personal Injury Protection Coverage, up to $90,000 of added benefits.

If you wish to purchase any of these optional coverages or limits, or if you need consultation regarding the proper coverages and limits to select, please contact your independent agent for guidance.

Again, we appreciate your business.

© 2011 Liberty Mutual Insurance. All rights reserved.

NP 88 01 09 08

# IMPORTANT INFORMATION ABOUT DRIVING OUTSIDE OF THE UNITED STATES AND PROOF OF AUTO INSURANCE



THIS NOTICE DOES NOT PROVIDE ANY COVERAGE, NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISIONS OF YOUR POLICY. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR POLICY DECLARATIONS FOR COMPLETE INFORMATION ABOUT THE COVERAGE THAT APPLIES. IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS NOTICE, THE PROVISIONS OF THE POLICY PREVAIL.

This notice provides you with information about territory provisions included in your policy. Your policy provides coverage for accidents or losses that occur within the policy period shown on the Declarations and within the policy territory. The policy territory is defined as the United States of America, its possessions (such as American Samoa, Guam and the U.S. Virgin Islands), Puerto Rico or Canada. While that is the case, in locations outside of the United States, authorities may not accept the Auto Identification Card we provided to you with your policy as proof that you have insurance. For example, Canada requires non-resident operators to carry a special identification Card. For this reason, before you drive outside of the United States, be sure that you:

● Familiarize yourself with the motor vehicle laws in the countries or territories you plan to drive in; and
● Obtain a "Canada Non-Resident Inter-Province Motor Vehicle Liability Insurance Card" from your independent insurance agent when driving in Canada.

In addition, because your policy's territory definition does not include Mexico, if you plan to drive in Mexico, contact your independent insurance agent to purchase Mexican Auto Insurance. Under Mexican laws, auto accidents are not just civil offenses. They are considered criminal offenses and, therefore, the consequences of driving uninsured can be severe.

If you have any questions about this notice or the territory provisions of your policy, please contact your independent insurance agent. Your agent can answer your questions and, to the extent possible, ensure your coverage meets your insurance needs.

# IMPORTANT  POLICYHOLDER INFORMATION
# CONCERNING  BILLING PRACTICES

**Dear Valued Policyholder:** This insert provides you with important information about our policy billing practices that may affect you. Please review it carefully and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

**Available Premium Payment Plans:**

- **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.

- **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly or monthly installments - Installment Payment Plans vary by state). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective at a future date that will also reflect a late payment fee charge. Issuance of the cancellation notice due to non-payment of a scheduled installment(s) may result in the billing and collection of all or part of any outstanding premiums due for the policy period. Late Payment Fees vary from state to state and are not applicable in some states.

**Special Note:** Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.

**EFT-Automatic Withdrawals Payment Option:** When you select this option, you will not be sent Premium Notices and, in most cases, will not be charged installment fees. For more information on our EFT-Automatic Withdrawals payment option, refer to the attached policyholder plan notice and enrollment sheet.

Once again, please contact your agent if you have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**

© 2010 Liberty Mutual Insurance Company. All rights reserved.

UA KY 01 11 17

# KENTUCKY UNINSURED MOTORISTS COVERAGE SELECTION/REJECTION

| Applicant/Named Insured: | Policy Effective Date: |
|---|---|
| Company: | Producer: |



Kentucky law permits you to make certain decisions regarding Uninsured Motorists Coverage. This document briefly describes this coverage and the options available.

You should read this document carefully and contact us or your agent if you have any questions regarding Uninsured Motorists Coverage and your options with respect to this coverage.

This document includes general descriptions of coverage. However, no coverage is provided by this document. You should read your policy and review your Declarations page(s) and/or Schedule(s) for complete information on the coverages you are provided.

## UNINSURED MOTORISTS COVERAGE

Uninsured Motorists Coverage provides insurance protection to an insured for damages which the insured is legally entitled to recover from the owner or operator of an uninsured motor vehicle because of bodily injury caused by an automobile accident. Also included are damages due to the bodily injury that result from an automobile accident with a hit-and-run vehicle whose owner or operator cannot be identified.

Unless rejected, Uninsured Motorists Coverage will be provided at a single limit of $60,000 for each accident. At your option, higher limits are available and can be purchased, but no greater than the Liability limits of your policy. Contact your agent for more information.

### Rejection of Uninsured Motorists Coverage

I understand that Uninsured Motorists Coverage has been explained to me, including the available options and limits, and by completing and signing this form, I understand that I have decided not to purchase this valuable coverage. I also understand that the rejection of Uninsured Motorists Coverage will apply to all future policy renewals, reinstatements, continuations, and changes unless I notify you otherwise in writing.

If more than one named insured is shown on the Declarations Page(s), each named insured must separately reject Uninsured Motorists Coverage by initialing next to the item and signing below.

_____  **I reject Uninsured Motorists Coverage entirely.**
(Initials)

_____        _____

**Signature Of Applicant/Named Insured**                                      **Date**

This page intentionally left blank.



Coverage is Provided In:
The Ohio Casualty Insurance Company

175 Berkeley St., Boston, MA 02116

Policy Number:
**BAO  (20)  58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| BEYOND THE SURFACE, LLC<br>170 Computrex Dr<br>Nicholasville, KY 40356 | (844) 502-4025<br>WESHOP INSURANCE GROUP<br>PO BOX 622795<br>OVIEDO, FL 32762-2795 |

**Named Insured Is:** LIMITED LIABILITY COMPANY

**Named Insured Business Is:** LANDSCAPE AND LAWN CARE

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

## SUMMARY OF COVERAGE PARTS AND CHARGES

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| **Business Auto** | $5,568.68 |

*Total Charges for all of the above coverage parts:*  **$5,568.68**
*Coverage for Terrorism resulting from Nuclear, Biological or Chemical Acts is Excluded*

*Note: This is not a bill*

## IMPORTANT MESSAGES

Issue Date     12/06/19

Authorized Representative

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 21 11 16



The Ohio Casualty Insurance Company

175 Berkeley St., Boston, MA 02116

Policy Number:
**BAO (20) 58 65 91 40**
Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time
at Insured Mailing Location*

### Common Policy Declarations

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| 170 Computrex Dr | WESHOP INSURANCE GROUP |
| Nicholasville, KY 40356 | PO BOX 622795 |
| | OVIEDO, FL 32762-2795 |

## POLICY FORMS AND ENDORSEMENTS

This section lists all the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE | STATE(S) Applicable |
|---|---|---|
| AC 00 31 01 14 | Changes In Your Policy | KY |
| AC 21 07 08 15 | Kentucky Uninsured Motorists Coverage | KY |
| AC 21 08 08 15 | Kentucky Underinsured Motorists Coverage | KY |
| AC 84 59 06 14 | State Application Of Terrorism Exclusion Endorsements Involving Nuclear, Biological Or Chemical Terrorism | KY |
| AC 85 01 06 18 | Business Auto Coverage Enhancement Endorsement | KY |
| CA 00 01 03 06 | Business Auto Coverage Form | KY |
| CA 01 25 12 02 | Kentucky Changes | KY |
| CA 22 16 03 06 | Kentucky Personal Injury Protection | KY |
| CA 23 45 11 16 | Public or Livery Passenger Conveyance and On - Demand Delivery Services Exclusion | KY |
| CA 23 85 01 06 | Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism | KY |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Mark Touhey
Secretary

David Long
President

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 21 11 16



The Ohio Casualty Insurance Company

175 Berkeley St., Boston, MA 02116

Policy Number:
**BAO (20)  58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| 170 Computrex Dr | WESHOP INSURANCE GROUP |
| Nicholasville, KY 40356 | PO BOX 622795 |
| | OVIEDO, FL 32762-2795 |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE | STATE(S) Applicable |
|---|---|---|
| CA 23 87 01 06 | Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits | KY |
| CA 23 89 01 06 | Alaska Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits | KY |
| CA 23 93 01 06 | Washington Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism | KY |
| CA 85 47 12 93 | Temporary Substitute Auto - Physical Damage Insurance | KY |
| CA 85 53 12 93 | Recreational Trailers and Boat Trailers | KY |
| CA 87 77 03 11 | Changes in Who Is An Insured | KY |
| IL 00 17 11 98 | Common Policy Conditions | KY |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) | KY |
| IL 02 63 09 08 | Kentucky Changes - Cancellation and Nonrenewal | KY |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 21 11 16**

This page intentionally left blank.



**Liberty Mutual.**
**INSURANCE**

The Ohio Casualty Insurance Company

**Business Automobile**
**Policy Declarations**

Policy Number:
**BAO (20) 58 65 91 40**
Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

## ITEM ONE:

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025<br>WESHOP INSURANCE GROUP |

## ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

**\*See Business Auto Coverage Form CA 00 01 for Covered Auto Symbol Descriptions**

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **Liability Insurance** | $1,000,000 each accident | **$2,931.00** |
| | Covered Auto Symbol(s) 07* | |

| **Uninsured Motorist** | **Coverage** | | **Limit** | **$44.00** |
|---|---|---|---|---|
| Kentucky | Uninsured Motorists | | **$1,000,000 each accident** | |
| | | Covered Auto Symbol(s) 07* | | |

| **Underinsured Motorist** | **Coverage** | | **Limit** | **$449.00** |
|---|---|---|---|---|
| Kentucky | Underinsured Motorists | | **$1,000,000 each accident** | |
| | | Covered Auto Symbol(s) 07* | | |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 43 01 08**

**Liberty Mutual**
INSURANCE

*Coverage is provided in*
The Ohio Casualty Insurance Company

**Business  Automobile**
**Policy  Declarations**

Policy Number:
**BAO   (20)  58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| | WESHOP INSURANCE GROUP |

## ITEM  TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS - continued

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **Personal Injury Protection or** | | |
| **Equivalent No-fault Coverage - By State** | | $243.00 |
| | Covered Auto Symbol(s)  07* | |
| **Physical Damage** | Refer to Item Three | |
|    Comprehensive | | $322.00 |
| | Covered Auto Symbol(s)  07* | |
|    Collision | | $727.00 |
| | Covered Auto Symbol(s)  07* | |
| **Miscellaneous Coverages** | | |
|    Business Auto Enhancement Endorsement | | $199.00 |
| **Other Charges** | | |
|    **KY Municipal Town Tax** | | $565.22 |
|    **KY Dept. of Revenue Surcharge** | | $88.46 |

*To report a claim,  call your Agent or 1-844-325-2467*
DS 70 43 01 08

# Liberty Mutual
**INSURANCE**

*Coverage is provided in*
The Ohio Casualty Insurance Company

**Business Automobile**
**Policy Declarations**

Policy Number:
**BAO (20) 58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| | WESHOP INSURANCE GROUP |

## ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS - continued

***Total Provisional Charges:***       **$5,568.68**

*Note: This is not a bill*

## SUMMARY OF COVERED VEHICLES

| UNIT | YEAR | MAKE/MODEL | VIN | TERR | ST | CLASS | ZIP | SYM/COST |
|---|---|---|---|---|---|---|---|---|
| 001 | 2007 | KIA RONDO | KNAFG526277121583 | 117 | 16 | 7391 | 40356 | $20,195 |
| 002 | 2012 | INT'L TERRASTAR | 1HTJSSKK3CJ591256 | 117 | 16 | 23189 | 40356 | $42,101 |

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 43 01 08

**Liberty Mutual.**
**INSURANCE**

Coverage is provided in
The Ohio Casualty Insurance Company

**Business Automobile**
**Policy Declarations**

Policy Number:
**BAO (20) 58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| | WESHOP INSURANCE GROUP |

## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL

**UNIT 001       2007   KIA RONDO                           VIN:   KNAFG526277121583**

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 7391 | $20,195 | 117 | KY | 40356 | 0612 |
| | PPT Principally Operated by Employees | | | | | |

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Liability Insurance | | $1,096.00 |
| Uninsured Motorist | | $22.00 |
| Underinsured Motorist | | $270.00 |
| Personal Injury Protection | | $128.00 |
| Physical Damage | Comprehensive - Actual Cash Value Less $1000 Deductible | $92.00 |
| | Collision - Actual Cash Value Less $1000 Deductible | $238.00 |
| Other Charges | KY Municipal Town Tax | $212.29 |
| | KY Dept. of Revenue Surcharge | $33.21 |
| | **Total Premium** | **$2,091.50** |

**UNIT 002       2012   INT'L TERRASTAR                       VIN:   1HTJSSKK3CJ591256**

| Rating | CLASS | SYM/COST | TERRITORY | RISK STATE | RATING ZIP | TOWN CODE |
|---|---|---|---|---|---|---|
| Factors | 23189 | $42,101 | 117 | KY | 40356 | 0612 |
| | Not Covered by Workers' Compensation | | | | | |

| DESCRIPTION | PREMIUM |
|---|---|
| Liability Insurance | $1,835.00 |
| Uninsured Motorist | $22.00 |
| Underinsured Motorist | $179.00 |

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 43 01 08

**Liberty Mutual** INSURANCE

*Coverage is provided by*
The Ohio Casualty Insurance Company

**Business Automobile**
**Policy Declarations**

Policy Number:
**BAO (20) 58 65 91 40**

Policy Period:
**From 03/06/2020 To 12/27/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

---

| Named Insured | Agent |
|---|---|
| BEYOND THE SURFACE, LLC | (844) 502-4025 |
| | WESHOP INSURANCE GROUP |

---

## ITEM THREE: COVERED VEHICLES AND PREMIUM DETAIL - continued

| | | |
|---|---|---|
| **Personal Injury Protection** | | $115.00 |
| **Physical Damage** | Comprehensive - Actual Cash Value Less $1000 Deductible | $230.00 |
| | Collision - Actual Cash Value Less $1000 Deductible | $489.00 |
| **Other Charges** | KY Municipal Town Tax | $330.08 |
| | KY Dept. of Revenue Surcharge | $51.67 |
| | ***Total Premium*** | ***$3,251.75*** |

## MISCELLANEOUS COVERAGES

| | |
|---|---|
| **Other Charges** | |
| KY Municipal Town Tax | $22.85 |
| KY Dept. of Revenue Surcharge | $3.58 |

---

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 43 01 08

This page intentionally left blank.

Policy Number
Issued by

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**CHANGES IN YOUR POLICY**

This endorsement applies to:



CA 00 01 12 93 - Business Auto Coverage Form
CA 00 01 07 97 - Business Auto Coverage Form
CA 00 01 10 01 - Business Auto Coverage Form
CA 00 01 03 06 - Business Auto Coverage Form
CA 00 05 12 93 - Garage Coverage Form
CA 00 05 07 97 - Garage Coverage Form
CA 00 05 10 01 - Garage Coverage Form
CA 00 05 03 06 - Garage Coverage Form
CA 00 12 12 93 - Truckers Coverage Form
CA 00 12 07 97 - Truckers Coverage Form
CA 00 12 10 01 - Truckers Coverage Form
CA 00 12 03 06 - Truckers Coverage Form
CA 00 20 12 93 - Motor Carrier Coverage Form
CA 00 20 07 97 - Motor Carrier Coverage Form
CA 00 20 10 01 - Motor Carrier Coverage Form
CA 00 20 03 06 - Motor Carrier Coverage Form

This endorsement modifies the endorsements attached to the above coverage forms.

1. Any reference to Covered Autos Liability Coverage is changed to Liability Coverage.
2. Any reference in Physical Damage Coverage to "loss" to any one covered "auto" is changed to "loss" in any one "accident."
3. Any reference to Auto Dealers Coverage Form is changed to Garage Coverage Form.
4. Any reference to Motor Carriers Coverage Form also applies to Truckers Coverage Form.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# KENTUCKY UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Kentucky, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

**SCHEDULE**

**Limit Of Insurance: $**                                     **Each "Accident"**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. If the insured is a partnership, limited liability company, corporation or any other form of organization, then the following are "insureds" for a covered "auto" described on the policy, a replacement for a covered "auto" described on the policy, or for a newly acquired "auto":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** Any claim settled without our consent.

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**4.** Punitive or exemplary damages.

**5.** "Bodily injury" arising directly or indirectly out of:

    **a.** War, including undeclared or civil war;

    **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident", is the limit of Uninsured Motorists Insurance shown in the Schedule or Declarations. If there is more than one covered "auto", our Limit of Insurance for any one "accident", if the "bodily injury" is sustained by an individual Named Insured or any "family member", is the sum of the limits applicable to each covered "auto". Subject to this maximum limit of liability for all damages:

    **a.** The most we will pay for all damages sustained in such "accident" by an "insured" other than an individual Named Insured or any "family member" is that "insured's" pro rata share of the limit shown in the Schedule or Declarations applicable to the vehicle that "insured" was "occupying" at the time of the "accident".

    **b.** An individual Named Insured or any "family member" who sustains "bodily injury" in such "accident" will also be entitled to a pro rata share of the limit described in Paragraph **a.** above.

    A person's pro rata share is the proportion that that person's damages bears to the total damages sustained by all "insureds".

**2.** If the "bodily injury" is sustained by any "insured", other than the individual Named Insured or any "family member", in an "accident" in which neither such Named Insured nor any "family member" sustained "bodily injury", the Limit Of Liability shown in the Schedule or Declarations for this coverage is our maximum limit of liability for all damages resulting from any such "accident".

**3.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form, Medical Payments endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**4.** We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

**5.** We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage as follows:

**1.** **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are changed by addition of the following:

    **a.** The reference to "other collectible insurance" applies only to other collectible uninsured motorists insurance.



© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

AC 21 07 08 15

   **b.**  Any insurance we provide with respect to a vehicle owned by the Named Insured or, if the Named Insured is an individual, any "family member", that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form, shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

**2.** **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

   **a.**  Promptly notify the police if a hit-and-run driver is involved; and

   **b.**  Promptly send us copies of the legal papers if a "suit" is brought.

**3.** The **Legal Action Against Us** provision is replaced by the following:

**Legal Action Against Us**

   **a.**  No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

   **b.**  Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply to an "insured" if, within two years after the date of the "accident", we and the "insured" agree to arbitration in accordance with this endorsement.

**4.** **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

In any recovery, we will be entitled to payment only after the "insured" has been fully compensated.

**5.** The following conditions are added:

**Arbitration**

   **a.**  If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expense of the third arbitrator equally.

   **b.**  Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. Any decision agreed to by two of the arbitrators will be binding.

   **c.**  The "insured" will not be required to arbitrate disputed claims.

**6.** The **Two Or More Coverage Forms Or Policies Issued By Us** General Condition does not apply to Uninsured Motorists Coverage. However, no one will be entitled to receive duplicate payments for the same elements of "loss".

**F.** **Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

   **a.**  For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

   **b.**  For which an insuring or bonding company denies coverage or is or becomes insolvent; or

©  2015 Liberty Mutual Insurance
**AC 21 07 08 15**   Includes copyrighted material of Insurance Services Office, Inc., with its permission.   **Page 3 of 4**

**c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying" or must hit another vehicle which, in turn, hits an "insured", a covered "auto" or a vehicle an "insured" is "occupying".

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Owned by a governmental unit or agency; or

**c.** Designed for use mainly off public roads while not on public roads.



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# KENTUCKY UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Kentucky, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

**SCHEDULE**

**Limit Of Insurance: $**                                  **Each "Accident"**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

  **1.** We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

  **2.** Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

  If the Named Insured is designated in the Declarations as:

  **1.** An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members".

   **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

  **2.** If the insured is a partnership, limited liability company, corporation or any other form of organization, then the following are "insureds" for a covered "auto" described on the policy, a replacement for a covered "auto" described on the policy, or for a newly acquired "auto":

   **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

© 2015 Liberty Mutual Insurance

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** The direct or indirect benefit of any insurer or self- insurer under any workers' compensation, disability benefits or similar law.

**2.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**3.** Punitive or exemplary damages.

**4.** "Bodily injury" arising directly or indirectly out of:

    **a.** War, including undeclared or civil war;

    **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Underinsured Motorists Insurance shown in the Schedule or Declarations. If there is more than one covered "auto", our Limit of Insurance for any one "accident", if the "bodily injury" is sustained by an individual Named Insured or any "family member", is the sum of the limits applicable to each covered "auto". Subject to this maximum limit of liability for all damages:

    **a.** The most we will pay for all damages sustained in such "accident" by an "insured" other than an individual Named Insured or any "family member" is that "insured's" pro rata share of the limit shown in the Schedule or Declarations applicable to the vehicle that "insured" was "occupying" at the time of the "accident".

    **b.** An individual Named Insured or any "family member" who sustains "bodily injury" in such "accident" will also be entitled to a pro rata share of the limit described in Paragraph **a.** above.

A person's pro rata share is the proportion that that person's damages bears to the total damages sustained by all "insureds".

**2.** If the "bodily injury" is sustained by any "insured", other than the individual Named Insured or any "family member", in an "accident" in which neither such Named Insured nor any "family member" sustained "bodily injury", the Limit Of Liability shown in the Schedule or Declarations for this coverage is our maximum limit of liability for all damages resulting from any such "accident".

**3.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form, Medical Payments Coverage endorsement or Uninsured Motorists Coverage endorsement attached to this Coverage Part.

**4.** We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

**5.** We will reduce the "insured's" total damages by any amount available to that "insured" under any liability bonds or policies applicable to the "underinsured motor vehicle" that such "insured" did not recover as a result of a settlement between that "insured" and the insurer of an "underinsured motor vehicle". However, any reduction of the "insured's" total damages will not reduce the limit of liability for this coverage.

This paragraph shall not apply if we advance payment to the "insured" in an amount equal to the tentative settlement with the insurer of the "underinsured motor vehicle".

**6.** We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.



© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**AC 21 08 08 15**                                                                                              **Page 2 of 4**

**E.   Changes In Conditions**

The Conditions  are changed  for Underinsured  Motorists  Coverage as follows:

**1.   Other Insurance** in the Business  Auto  Coverage  and Garage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Truckers  and Motor  Carrier  Coverage  Forms  are changed  by addition  of the following:

    **a.**   The reference  to "other  collectible   insurance"  applies  only  to other  collectible   underinsured  motorists  insurance.

    **b.**   Any insurance  we provide  with  respect  to a vehicle  owned  by the Named  Insured  or, if the Named  Insured  is an individual,   any  "family   member",   that  is not  a covered  "auto"  for Underinsured   Motorists   Coverage  under  this  Coverage  Form,  shall  be excess  over  any other collectible   underinsured   motorists   insurance  providing   coverage  on a primary  basis.

**2.   Duties In The Event Of Accident, Claim, Suit Or Loss** is changed  by adding  the following:

A person  seeking  Underinsured   Motorists  Coverage  must  also promptly   notify  us in writing  by certified   or registered  mail  of a tentative  settlement  between  the "insured"   and the insurer  of the "underinsured   motor  vehicle"   and allow  us to advance  payment  to that  "insured"   in an amount equal  to the tentative   settlement   within  30 days after  receipt  of notification   to preserve  our rights against the insurer,  owner  or operator  of such "underinsured   motor  vehicle".

**3.**   The **Legal Action Against Us** Provision  is replaced  by the following:

**Legal Action Against Us**

    **a.**   No one may bring  a legal action  against  us under  this Coverage  Form until  there has been full compliance   with  all the terms  of this Coverage Form.

    **b.**   Any legal action  against  us under  this Coverage  Form must  be brought  within  two years after the  date of the "accident".   However,  this Paragraph  **3.b.** does not apply  to an "insured"   if, within  two years  after the date of the "accident",  we and the "insured"   agree to arbitration  in accordance  with  this endorsement.

**4.   Transfer Of Rights Of Recovery Against Others To Us** is changed  by adding  the following:

Our rights  do not apply  under  this provision  with  respect  to Underinsured  Motorists  Coverage  if we:

    **a.**   Have been given  prompt  written  notice  by certified  or registered  mail  of a tentative  settlement between  the "insured"   and the insurer  of an "underinsured   motor  vehicle";  and

    **b.**   Fail to advance  payment  to the "insured"   in an amount  equal  to the tentative  settlement  within 30 days after  receipt  of notification.

If we advance  payment  to an "insured"   in an amount  equal  to the tentative  settlement  within  30 days after  receipt  of notification:

    **a.**   That payment  will  be separate  from  any amount  the "insured"   is entitled  to recover  under  the provisions  of Underinsured  Motorists  Coverage; and

    **b.**   We also have the right  to recover  the advanced  payment.

In any recovery,  we will  be entitled  to payment  only  after  the "insured"   has been fully  compensated.

**5.**   The following   condition  is added:

**Arbitration**

    **a.**   If we and an "insured"   disagree  whether  the "insured"   is legally  entitled  to recover  damages from  the owner  or driver  of an "underinsured   motor  vehicle"  or do not agree as to the amount of damages  that are recoverable  by that "insured",   then the matter  may be arbitrated.

However,  disputes  concerning  coverage  under  this endorsement  may not be arbitrated.  Both parties  must  agree to arbitration.   If so agreed,  each party  will  select an arbitrator.   The two arbitrators   will  select a third.  If they cannot  agree within  30 days, either  may request  that selection  be made by a judge of a court  having  jurisdiction.   Each party  will  pay the expenses  it incurs  and bear the expenses  of the third  arbitrator  equally.

**AC 21 08 08 15**   Includes copyrighted  material of Insurance Services Office, Inc., with  its permission.   **Page 3 of 4**

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. Any decision agreed to by two of the arbitrators will be binding.

**c.** The "insured" shall not be required to arbitrate disputed claims.

**6.** The **Two Or More Coverage Forms Or Policies Issued By Us** General Condition does not apply to Underinsured Motorists Coverage. However, no one will be entitled to receive duplicate payments for the same elements of "loss".

**F.  Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Underinsured motor vehicle" means a land motor vehicle or "trailer" to which a liability bond or policy applies at the time of an "accident", but the amount paid for bodily injury under that bond or policy to the "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages.

However, "underinsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Designed for use mainly off public roads while not on public roads;

**c.** To which a bodily injury liability bond or policy applies at the time of the accident, but its limit for "bodily injury" liability is less than the minimum limit for "bodily injury" liability specified by the financial responsibility law of the state in which the covered "auto" is principally garaged; or

**d.** Owned by or furnished or available for the regular use of you or any "family member".

**e.** Insured under the liability coverage of this policy.



©  2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Policy Number
Issued by

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**State Application Of Terrorism Exclusion Endorsements Involving
Nuclear, Biological Or Chemical Terrorism**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
GARAGE COVERAGE FORM
TRUCKERS COVERAGE FORM

If part of your policy, the below described Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Endorsements shall apply as follows:

**Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism - CA 23 85 01 06**

This endorsement applies in all states except Alaska, Connecticut, Florida, Georgia, Hawaii, Kansas, Kentucky, Massachusetts, New Jersey, New York, Oklahoma, Oregon, Virginia and Washington.

**Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits - CA 23 87 01 06**

This endorsement applies only in Connecticut, Hawaii, Kansas, Kentucky, Massachusetts, New Jersey, Oklahoma and Oregon.

**Alaska Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism Above Minimum Statutory Limits - CA 23 89 01 06**

This endorsement applies only in Alaska.

**Washington Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism - CA 23 93 01 06**

This endorsement applies only in the state of Washington.

**AC 84 59 06 14**          © 2014 Liberty Mutual Group of Companies. All rights reserved.          **Page 1 of 1**

COMMERCIAL  AUTO
AC 85 01 06 18

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS  AUTO  COVERAGE  ENHANCEMENT  ENDORSEMENT

This endorsement  modifies  insurance  provided  under the following:

BUSINESS  AUTO  COVERAGE FORM

With  respect  to coverage  afforded  by this endorsement,  the provisions  of the policy apply  unless  modified by the endorsement.

If the policy to which this endorsement  is attached also contains  a Business Auto Coverage Enhancement Endorsement  with a specific state named in the title, this endorsement  does not apply to vehicles garaged in that specified  state.

**COVERAGE INDEX**

| SUBJECT | PROVISION  NUMBER |
|---|---|
| ACCIDENTAL  AIRBAG DEPLOYMENT | 13 |
| ADDITIONAL  INSURED BY CONTRACT, AGREEMENT OR PERMIT | 4 |
| AMENDED  DUTIES IN THE EVENT OF ACCIDENT, CLAIM,  SUIT OR LOSS | 21 |
| AMENDED  FELLOW EMPLOYEE EXCLUSION | 6 |
| AUDIO, VISUAL AND DATA ELECTRONIC EQUIPMENT  COVERAGE | 15 |
| BODILY INJURY  REDEFINED | 25 |
| EMPLOYEES AS INSUREDS (Including  Employee  Hired  Auto) | 3 |
| EXTRA EXPENSE - BROADENED  COVERAGE | 11 |
| GLASS  REPAIR - WAIVER OF DEDUCTIBLE | 17 |
| HIRED AUTO  COVERAGE TERRITORY | 23 |
| HIRED AUTO  PHYSICAL DAMAGE (Including  Employee  Hired  Auto) | 7 |
| LOAN / LEASE GAP (Coverage Not Available  In New York) | 16 |
| NEWLY FORMED OR ACQUIRED SUBSIDIARIES | 2 |
| PARKED AUTO COLLISION  COVERAGE (WAIVER OF DEDUCTIBLE) | 18 |
| PERSONAL EFFECTS COVERAGE | 12 |
| PHYSICAL DAMAGE  - ADDITIONAL  TRANSPORTATION  EXPENSE COVERAGE | 9 |
| PHYSICAL DAMAGE  DEDUCTIBLE - VEHICLE TRACKING  SYSTEM | 14 |
| PRIMARY AND NON-CONTRIBUTORY  - WRITTEN CONTRACT OR WRITTEN  AGREEMENT | 24 |
| RENTAL REIMBURSEMENT | 10 |
| SUPPLEMENTARY  PAYMENTS | 5 |
| TOWING  AND LABOR | 8 |
| TRAILERS - INCREASED LOAD CAPACITY | 1 |
| TWO OR MORE DEDUCTIBLES | 19 |
| UNINTENTIONAL  FAILURE TO DISCLOSE HAZARDS | 20 |
| WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST  OTHERS TO US | 22 |

**SECTION I - COVERED AUTOS**  is amended  as follows:

**1.   TRAILERS - INCREASED LOAD CAPACITY**

The following  replaces Paragraph  **C.1. Certain Trailers, Mobile  Equipment And Temporary Substitute Autos** of **SECTION I - COVERED AUTOS:**

"Trailers"  with  a load capacity  of 3,000 pounds  or less designed  primarily  for travel  on public  roads.

**SECTION II - LIABILITY COVERAGE** is amended  as follows:

**2.  NEWLY FORMED OR ACQUIRED SUBSIDIARIES**

**SECTION II - LIABILITY COVERAGE,** Paragraph  **A.1. - Who Is An Insured**  is amended  to include  the following  as an "insured":

**d.**  Any  legally  incorporated  subsidiary  of which  you own  more than 50 percent  interest  during  the policy  period.  Coverage  is afforded  only for 90 days from  the date of acquisition  or formation. However,  "insured"  does not include  any organization  that:

**(1)**  Is a partnership  or joint  venture;  or

**(2)**  Is an "insured"  under any other automobile  policy except  a policy written  specificall y to apply in excess of this policy;  or

**(3)**  Has exhausted  its Limit  of Insurance  or had its policy  terminated  under any other  automobile policy.

Coverage  under this provision  **d.** does not apply  to "bodily  injury"  or "property  damage"  that occurred  before you acquired  or formed  the organization.

**3.  EMPLOYEES AS INSUREDS**

**SECTION II - LIABILITY COVERAGE,** Paragraph  **A.1. Who Is An Insured**  is amended  to include  the following  as an "insured":

**e.**  Any  "employee"  of yours while  using a covered  "auto"  you do not own, hire or borrow  but only for acts within  the scope of their  employment  by you. Insurance  provided  by this endorsement  is excess over any other insurance  available  to any "employee".

**f.**  Any  "employee"  of yours while  operating  an "auto"  hired or borrowed  under a written  contract  or agreement  in that "employee's"  name, with your permission,  while  performing  duties  related  to the conduct  of your business  and within  the scope of their  employment.  Insurance  provided  by this endorsement  is excess over any other insurance  available  to the "employee".

**4.  ADDITIONAL INSURED BY CONTRACT, AGREEMENT OR PERMIT**

**SECTION II - LIABILITY COVERAGE,** Paragraph  **A.1. Who Is An Insured**  is amended  to include  the following  as an "insured":

**g.**  Any  person or organization  with respect  to the operation,  maintenance  or use of a covered  "auto", provided  that you and such person or organization  have agreed  in a written  contract,  written agreement,  or permit  issued  to you by governmental  or public  authority,  to add such person, or organization,  or governmental  or public authority  to this policy  as an "insured".

However,  such person or organization  is an "insured":

**(1)**  Only with  respect  to the operation,  maintenance  or use of a covered  "auto";

**(2)**  Only for "bodily  injury"  or "property  damage"  caused by an "accident"  which takes place after you executed  the written  contract  or written  agreement,  or the permit  has been issued  to you; and

**(3)**  Only for the duration  of that contract,  agreement  or permit.

The "insured"  is required  to submit  a claim to any other insurer  to which  coverage  could apply for defense  and indemnity.  Unless  the "insured"  has agreed  in writing  to primary  noncontributory wording  per enhancement  number  24, this policy  is excess  over any other collectible  insurance.

**5.  SUPPLEMENTARY PAYMENTS**

**SECTION II - LIABILITY COVERAGE, Coverage Extensions, 2.a. Supplementary Payments,** Paragraphs **(2)** and **(4)** are replaced  by the following:

**(2)**  Up to $3,000 for cost of bail bonds  (including  bonds for related  traffic  violations ) required  because of an "accident"  we cover. We do not have to furnish  these bonds.

**(4)**  All reasonable  expenses  incurred  by the "insured"  at our request,  including  actual loss of earnings up to $500 a day because of time  off from  work.

©  2017 Liberty Mutual Insurance
Includes copyrighted  material of Insurance Services Office Inc., with  its Permission.

**AC 85 01 06 18** **Page 2 of 7**

**6.   AMENDED FELLOW EMPLOYEE EXCLUSION**

In those jurisdictions where, by law, fellow "employees" are not entitled to the protection afforded to the employer by the workers compensation exclusivity rule, or similar protection, the following provision is added:

**SECTION II - LIABILITY, Exclusion B.5. Fellow Employee** does not apply if the "bodily injury" results from the use of a covered "auto" you own or hire if you have workers compensation insurance in force for all of your "employees" at the time of "loss".

This coverage is excess over any other collectible insurance.

**SECTION III - PHYSICAL DAMAGE COVERAGE** is amended as follows:

**7.   HIRED AUTO PHYSICAL DAMAGE**

Paragraph **A.4. Coverage Extensions** of **SECTION III - PHYSICAL DAMAGE COVERAGE,** is amended by adding the following:



If hired "autos" are covered "autos" for Liability Coverage, and if Comprehensive, Specified Causes of Loss or Collision coverage are provided under the Business Auto Coverage Form for any "auto" you own, then the Physical Damage coverages provided are extended to "autos":

**a.** You hire, rent or borrow; or

**b.** Your "employee" hires or rents under a written contract or agreement in that "employee's" name, but only if the damage occurs while the vehicle is being used in the conduct of your business,

subject to the following limit and deductible:

**a.** The most we will pay for "loss" in any one "accident" or "loss" is the smallest of:

**(1)** $50,000; or

**(2)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**(3)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality, minus a deductible.

**b.** The deductible will be equal to the largest deductible applicable to any owned "auto" for that coverage.

**c.** Subject to the limit, deductible and excess provisions described in this provision, we will provide coverage equal to the broadest coverage applicable to any covered "auto" you own.

**d.** Subject to a maximum of $1,000 per "accident", we will also cover the actual loss of use of the hired "auto" if it results from an "accident", you are legally liable and the lessor incurs an actual financial loss.

**e.** This coverage extension does not apply to:

**(1)** Any "auto" that is hired, rented or borrowed with a driver; or

**(2)** Any "auto" that is hired, rented or borrowed from your "employee" or any member of your "employee's" household.

Coverage provided under this extension is excess over any other collectible insurance available at the time of "loss".

**8.   TOWING AND LABOR**

**SECTION III - PHYSICAL DAMAGE COVERAGE,** Paragraph **A.2. Towing,** is amended by the addition of the following:

We will pay towing and labor costs incurred, up to the limits shown below, each time a covered "auto" classified and rated as a private passenger type, "light truck" or "medium truck" is disabled:

**a.** For private passenger type vehicles, we will pay up to $75 per disablement.

**b.** For "light trucks", we will pay up to $75 per disablement. "Light trucks" are trucks that have a gross vehicle weight (GVW) of 10,000 pounds or less.

**c.** For "medium trucks" , we will pay up to $150 per disablement. "Medium trucks" are trucks that have a gross vehicle weight (GVW) of 10,001 - 20,000 pounds.

However, the labor must be performed at the place of disablement.

©  2017 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office Inc., with its Permission.

**9.   PHYSICAL DAMAGE - ADDITIONAL TRANSPORTATION EXPENSE COVERAGE**

Paragraph **A.4.a. Coverage Extensions, Transportation Expenses** of **SECTION III - PHYSICAL DAMAGE COVERAGE,** is amended to provide a limit of $50 per day and a maximum limit of $1,500.

**10.   RENTAL REIMBURSEMENT**

**SECTION III - PHYSICAL DAMAGE COVERAGE, A. Coverage,** is amended by adding the following:

**a.**   We will pay up to $75 per day for rental reimbursement expenses incurred by you for the rental of an "auto" because of "accident" or "loss", to an "auto" for which we also pay a "loss" under Comprehensive, Specified Causes of Loss or Collision Coverages. We will pay only for those expenses incurred after the first 24 hours following the "accident" or "loss" to the covered "auto."

**b.**   Rental Reimbursement requires the rental of a comparable or lessor vehicle, which in many cases may be substantially less than $75 per day, and will only be allowed for the period of time it should take to repair or replace the vehicle with reasonable speed and similar quality, up to a maximum of 30 days.

**c.**   We will also pay up to $500 for reasonable and necessary expenses incurred by you to remove and replace your tools and equipment from the covered "auto". This limit is excess over any other collectible insurance.

**d.**   This coverage does not apply unless you have a business necessity that other "autos" available for your use and operation cannot fill.

**e.**   If "loss" results from the total theft of a covered "auto" of the private passenger type, we will pay under this coverage only that amount of your rental reimbursement expenses which is not already provided under Paragraph **4. Coverage Extension.**

**f.**   No deductible applies to this coverage.

**g.**   The insurance provided under this extension is excess over any other collectible insurance.

If this policy also provides Rental Reimbursement Coverage you purchased, the coverage provided by this Enhancement Endorsement is in addition to the coverage you purchased.

For the purposes of this endorsement provision, materials and equipment do not include "personal effects" as defined in provision **12.B.**

**11.   EXTRA EXPENSE - BROADENED COVERAGE**

Under **SECTION III - PHYSICAL DAMAGE COVERAGE, A. Coverage,** we will pay for the expense of returning a stolen covered "auto" to you. The maximum amount we will pay is $1,000.

**12.   PERSONAL EFFECTS COVERAGE**

**A.   SECTION III - PHYSICAL DAMAGE COVERAGE, A. Coverage,** is amended by adding the following:

If you have purchased Comprehensive Coverage on this policy for an "auto" you own and that "auto" is stolen, we will pay, without application of a deductible, up to $600 for "personal effects" stolen with the "auto."

The insurance provided under this provision is excess over any other collectible insurance.

**B.   SECTION V - DEFINITIONS** is amended by adding the following:

For the purposes of this provision, "personal effects" mean tangible property that is worn or carried by an "insured." "Personal effects" does not include tools, equipment, jewelry, money or securities.

**13.   ACCIDENTAL AIRBAG DEPLOYMENT**

**SECTION III - PHYSICAL DAMAGE COVERAGE, B. Exclusions** is amended by adding the following:

If you have purchased Comprehensive or Collision Coverage under this policy, the exclusion for "loss" relating to mechanical breakdown does not apply to the accidental discharge of an airbag.

Any insurance we provide shall be excess over any other collectible insurance or reimbursement by manufacturer's warranty. However, we agree to pay any deductible applicable to the other coverage or warranty.

©  2017 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office Inc., with its Permission.

**AC 85 01 06 18**                                                                                      **Page 4 of 7**

**14. PHYSICAL DAMAGE DEDUCTIBLE - VEHICLE TRACKING SYSTEM**

**SECTION III - PHYSICAL DAMAGE COVERAGE, D. Deductible,** is amended by adding the following:

Any Comprehensive Deductible shown in the Declarations will be reduced by 50% for any "loss" caused by theft if the vehicle is equipped with a vehicle tracking device such as a radio tracking device or a global position device and that device was the method of recovery of the vehicle.

**15. AUDIO, VISUAL AND DATA ELECTRONIC EQUIPMENT COVERAGE**

**SECTION III - PHYSICAL DAMAGE COVERAGE, B. Exclusions,** Paragraph **a.** of the exception to exclusions **4.c.** and **4.d.** is deleted and replaced with the following:

Exclusions **4.c.** and **4.d.** do not apply to:

**a.**   Electronic equipment that receives or transmits audio, visual or data signals, whether or not designed solely for the reproduction of sound, if the equipment is:

**(1)**   Permanently installed in the covered "auto" at the time of the "loss" or removable from a housing unit that is permanently installed in the covered "auto"; and

**(2)**   Designed to be solely operated by use from the power from the "auto's" electrical system; and

**(3)**   Physical damage coverages are provided for the covered "auto".

If the "loss" occurs solely to audio, visual or data electronic equipment or accessories used with this equipment, then our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by a $100 deductible.

**16. LOAN / LEASE GAP COVERAGE (Not Applicable In New York)**

**A.**   Paragraph **C. Limit Of Insurance** of **SECTION III - PHYSICAL DAMAGE COVERAGE** is amended by adding the following:

The most we will pay for a "total loss" to a covered "auto" owned by or leased to you in any one "accident" is the greater of the:

**1.**   Balance due under the terms of the loan or lease to which the damaged covered "auto" is subject at the time of the "loss" less the amount of:

**a.**   Overdue payments and financial penalties associated with those payments as of the date of the "loss";

**b.**   Financial penalties imposed under a lease due to high mileage, excessive use or abnormal wear and tear;

**c.**   Costs for extended warranties, Credit Life Insurance, Health, Accident or Disability Insurance purchased with the loan or lease;

**d.**   Transfer or rollover balances from previous loans or leases;

**e.**   Final payment due under a "Balloon Loan";

**f.**   The dollar amount of any unrepaired damage which occurred prior to the "total loss" of a covered "auto";

**g.**   Security deposits not refunded by a lessor;

**h.**   All refunds payable or paid to you as a result of the early termination of a lease agreement or as a result of the early termination of any warranty or extended service agreement on a covered "auto";

**i.**   Any amount representing taxes;

**j.**   Loan or lease termination fees; or

**2.**   The actual cash value of the damage or stolen property as of the time of the "loss".

An adjustment for depreciation and physical condition will be made in determining the actual cash value at the time of the "loss". This adjustment is not applicable in Texas.

**B.   Additional Conditions**

This coverage applies only to the original loan for which the covered "auto" that incurred the "loss" serves as collateral, or lease written on the covered "auto" that incurred the "loss".

C. **SECTION V - DEFINITIONS** is changed by adding the following:

As used in this endorsement provision, the following definitions apply:

"Total loss" means a "loss" in which the cost of repairs plus the salvage value exceeds the actual cash value.

A "balloon loan" is one with periodic payments that are insufficient to repay the balance over the term of the loan, thereby requiring a large final payment.

**17. GLASS REPAIR - WAIVER OF DEDUCTIBLE**

Paragraph **D. Deductible** of **SECTION III - PHYSICAL DAMAGE COVERAGE** is amended by the addition of the following:

No deductible applies to glass damage if the glass is repaired rather than replaced.

**18. PARKED AUTO COLLISION COVERAGE (WAIVER OF DEDUCTIBLE)**

Paragraph **D. Deductible** of **SECTION III - PHYSICAL DAMAGE COVERAGE** is amended by the addition of the following:

The deductible does not apply to "loss" caused by collision to such covered "auto" of the private passenger type or light weight truck with a gross vehicle weight of 10,000 lbs. or less as defined by the manufacturer as maximum loaded weight the "auto" is designed to carry while it is:

**a.** In the charge of an "insured";

**b.** Legally parked; and

**c.** Unoccupied.

The "loss" must be reported to the police authorities within 24 hours of known damage.

The total amount of the damage to the covered "auto" must exceed the deductible shown in the Declarations.

This provision does not apply to any "loss" if the covered "auto" is in the charge of any person or organization engaged in the automobile business.

**19. TWO OR MORE DEDUCTIBLES**

Under **SECTION III - PHYSICAL DAMAGE COVERAGE,** if two or more company policies or coverage forms apply to the same "accident", the following applies to Paragraph **D. Deductible:**

**a.** If the applicable Business Auto deductible is the smaller (or smallest) deductible, it will be waived; or

**b.** If the applicable Business Auto deductible is not the smaller (or smallest) deductible, it will be reduced by the amount of the smaller (or smallest) deductible; or

**c.** If the "loss" involves two or more Business Auto coverage forms or policies, the smaller (or smallest) deductible will be waived.

For the purpose of this endorsement, company means any company that is part of the Liberty Mutual Group.

**SECTION IV - BUSINESS AUTO CONDITIONS** is amended as follows:

**20. UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS**

**SECTION IV- BUSINESS AUTO CONDITIONS,** Paragraph **B.2.** is amended by adding the following:

If you unintentionally fail to disclose any hazards, exposures or material facts existing as of the inception date or renewal date of the Business Auto Coverage Form, the coverage afforded by this policy will not be prejudiced.

However, you must report the undisclosed hazard of exposure as soon as practicable after its discovery, and we have the right to collect additional premium for any such hazard or exposure.

©  2017 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office Inc., with its Permission.

**AC 85 01 06 18**                                                                                          **Page 6 of 7**

**21. AMENDED DUTIES IN THE EVENT OF ACCIDENT, CLAIM, SUIT, OR LOSS**

**SECTION IV - BUSINESS AUTO CONDITIONS,** Paragraph **A.2.a.** is replaced in its entirety by the following:

**a.** In the event of "accident", claim, "suit" or "loss", you must promptly notify us when it is known to:

**(1)** You, if you are an individual;

**(2)** A partner, if you are a partnership;

**(3)** Member, if you are a limited liability company;

**(4)** An executive officer or the "employee" designated by the Named Insured to give such notice, if you are a corporation.

To the extent possible, notice to us should include:

**(a)** How, when and where the "accident" or "loss" took place;

**(b)** The "insureds" name and address; and

**(c)** The names and addresses of any injured persons and witnesses.

**22. WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

**SECTION IV - BUSINESS AUTO CONDITIONS,** Paragraph **A.5. Transfer Of Rights Of Recovery Against Others To Us,** is amended by the addition of the following:

If the person or organization has in a written agreement waived those rights before an "accident" or "loss", our rights are waived also.

**23. HIRED AUTO COVERAGE TERRITORY**

**SECTION IV - BUSINESS AUTO CONDITIONS,** Paragraph **B.7. Policy Period, Coverage Territory,** is amended by the addition of the following:

**f.** For "autos" hired 30 days or less, the coverage territory is anywhere in the world, provided that the "insured's" responsibility to pay for damages is determined in a "suit", on the merits, in the United States, the territories and possessions of the United States of America, Puerto Rico or Canada or in a settlement we agree to.

This extension of coverage does not apply to an "auto" hired, leased, rented or borrowed with a driver.

**24. PRIMARY AND NON-CONTRIBUTING IF REQUIRED BY WRITTEN CONTRACT OR WRITTEN AGREEMENT**

The following is added to **SECTION IV - BUSINESS AUTO CONDITIONS, General Conditions, B.5. Other Insurance** and supersedes any provision to the contrary:

This Coverage Form's Covered Autos Liability Coverage is primary to and will not seek contribution from any other insurance available to an "insured" under your policy provided that:

**1.** Such "insured" is a Named Insured under such other insurance; and

**2.** You have agreed in a written contract or written agreement that this insurance would be primary and would not seek contribution from any other insurance available to such "insured".

**SECTION V - DEFINITIONS** is amended as follows:

**25. BODILY INJURY REDEFINED**

Under **SECTION V - DEFINITIONS,** Definition **C.** is replaced by the following:

"Bodily injury" means physical injury, sickness or disease sustained by a person, including mental anguish, mental injury, shock, fright or death resulting from any of these at any time.



© 2017 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office Inc., with its Permission.

CA 00 01 03 06

# BUSINESS  AUTO  COVERAGE  FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

**SECTION I - COVERED AUTOS**

ITEM TWO of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description  Of Covered Auto Designation  Symbols | |
|:---:|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own.) This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos"  Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos"  Other Than Private Passenger "Autos"  Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists  Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 9 | Non-Owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |
| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If symbols **1**, **2**, **3**, **4**, **5**, **6** or **19** are entered next to a coverage in ITEM TWO of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if symbol **7** is entered next to a coverage in ITEM TWO of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto."

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction

**SECTION II - LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto."

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos." However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident."

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto."

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(1)** The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments.**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All costs taxed against the "insured" in any "suit" against the "insured" we defend.

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out of State Coverage Extensions.**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

**(1)** Employement by the "insured"; or

**(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

**(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.



Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraphs **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed.

**(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**13.  Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C.  Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury," "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage Endorsement, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**SECTION III - PHYSICAL DAMAGE COVERAGE**

**A.  Coverage**

1.  We will pay for "loss" to a covered "auto" or its equipment under:

    **a.  Comprehensive Coverage.** From any cause except:

        **(1)** The covered "auto's" collision with another object; or

        **(2)** The covered "auto's" overturn.

    **b.  Specified Causes of Loss Coverage.** Caused by:

        **(1)** Fire, lightning or explosion;

        **(2)** Theft;

        **(3)** Windstorm, hail or earthquake;

        **(4)** Flood;

        **(5)** Mischief or vandalism; or

        **(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

    **c.  Collision Coverage.** Caused by:

        **(1)** The covered "auto's" collision with another object; or

        **(2)** The covered "auto's" overturn.

**2.  Towing.**

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3.  Glass Breakage - Hitting a Bird or Animal - Falling Objects or Missiles.**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

    **a.** Glass breakage;

    **b.** "Loss" caused by hitting a bird or animal; and

    **c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**4.  Coverage Extensions**

    **a.  Transporation Expenses**

        We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

    **b.  Loss Of Use Expenses**

        For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

        **(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";



**(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto; or

**(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard.**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War or Military Action.**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

Exclusions **4.c.** and **4.d.** do not apply to:

**a.** Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered "auto" at the time of the "loss" or such equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss", and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto"; or

**b.** Any other electronic equipment that is:

**(1)** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

**(2)** An integral part of the same unit housing any sound reproducing equipment described in a. above and permanently installed in the opening of the dash or console of the covered "auto" normally used by the manufacturer for installation of a radio.

**5.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limit Of Insurance

**1.** The most we will pay for "loss" in any one "accident" is the lesser of:

**a.** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

## D. Deductible

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

## SECTION IV - BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

### A. Loss Conditions

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

©ISO Properties, Inc., 2005

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3.   Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4.   Loss Payment - Physical Damage Coverages**

At our option we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5.   Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B.   General Conditions**

**1.   Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2.   Concealment,   Misrepresentation   Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3.   Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4.   No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

    **a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this Coverage Form provides for the "trailer" is:

        **(1)** Excess while it is connected to a motor vehicle you do not own.

        **(2)** Primary while it is connected to a covered "auto" you own.

    **b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

    **c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Liability Coverage is primary for any liability assumed under an "insured contract".

    **d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

    **a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

    **b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates and premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

    **a.** During the policy period shown in the Declarations; and

    **b.** Within the coverage territory.

The coverage territory is:

    **a.** The United States of America;

    **b.** The territories and possessions of the United States of America;

    **c.** Puerto Rico;

    **d.** Canada; and

    **e.** Anywhere in the world if:

        **(1)** A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

        **(2)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.



**SECTION V - DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means;

**1.** A land motor vehicle, "trailer" or semi-trailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsbility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured";

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto"; or

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured."

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury," "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** or **6.c.** of the definition of "mobile equipment."

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental of lease, by you or any of your "employees", of any "auto." However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing; or

**b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**a.** Power cranes, shovels, loaders, diggers or drills; or

**b.** Road construction or resurfacing equipment such as graders, scrapers or rollers.



5. Vehicles not described in Paragraphs **1.,** **2., 3.,** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   **b.** Cherry pickers and similar devices used to raise or lower workers.

6. Vehicles not described in Paragraphs **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **a.** Equipment designed primarily for:

      **(1)** Snow removal;

      **(2)** Road maintenance, but not construction or resurfacing; or

      **(3)** Street cleaning;

   **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **c.** Air compressors, pumps and gener£tors, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

   **1.** Damages because of "bodily injury" or "property damage"; or

   **2.** A "covered pollution cost or expense",

   to which this insurance applies, are alleged.

   "Suit" includes:

   **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

©ISO Properties, Inc., 2005

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**CA 01 25 12 02**

# KENTUCKY CHANGES

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in Kentucky, this endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.



**A. Changes In Covered Autos**

The following is added to Paragraph **C.** Certain Trailers, Mobile Equipment And Temporary Substitute Autos of Section I - Covered Autos:

If Collision Coverage is provided by the Coverage Form, any "auto" you do not own which is loaned to you as a temporary substitute for a covered "auto" you own that is out of use because of its breakdown, repair or servicing by a person, firm or corporation engaged in the business of selling, repairing or servicing "autos" is a covered "auto" for Collision Coverage.

**B. Changes In Liability Coverage**

The following Liability Coverage Exclusions of the Business Auto, Garage, Motor Carrier and Truckers Coverage Forms apply only to the extent that the limits of liability for such coverage exceed the limits of liability required by the Kentucky Motor Vehicle Reparations Act:

**a.** Expected or Intended Injury;

**b.** Care, Custody or Control;

**c.** Pollution; and

**d.** Pollution Exclusion Applicable To "Garage Operations" - Covered "Autos".

**C. Changes In Physical Damage Coverage**

No deductible applies under Comprehensive Coverage to "loss" to:

**a.** Glass used in the windshield, doors and windows, and

**b.** Glass, plastic or any other material used in lights required on an automobile by Chapter 189 of Kentucky Revised Statutes.

All other Physical Damage Coverage Provisions apply.

**D. Changes In Conditions**

**1.** The **Other Insurance** Condition in the Business Auto and Garage Coverage Forms, and the **Other Insurance - Primary And Excess Insurance** Provision in the Truckers and Motor Carrier Coverage Forms, is changed by adding the following:

**a.** For a temporary substitute for an "auto" you own which is out of use because of its breakdown, repair or servicing, if the substitute "auto" is operated by an "insured' and is loaned to you, with or without consideration, by a person engaged in the business of selling, repairing or servicing "autos", Liability and Collision Coverage provided by this form shall be primary in the event of an "accident" caused by the negligence of the "insured".

**b.** If you are engaged in the business of selling, repairing or servicing "autos", then for any "auto" you own, which is loaned to a customer, with or without consideration, as a temporary substitute for an "auto" owned by the customer which is out of use because of its breakdown, repair or servicing, Liability and Collision Coverage provided by this form shall be excess in the event of an "accident" caused by the negligence of the customer.

**CA 01 25 12 02**

# KENTUCKY CHANGES

**2.** The Concealment, Misrepresentation Or Fraud Condition is amended by the addition of the following:

However, once an "accident" has occurred while this Coverage Form is in effect, this condition does not apply to the liability coverage provided by this Coverage Form, except that we will provide liability coverage only up to the minimum limits of liability required by the Kentucky Motor Vehicle Reparations Act if you, or any other insured, intentionally conceal or misrepresent a material fact, or commit fraud, in obtaining this policy.

© ISO Properties, Inc., 2002

COMMERCIAL AUTO
CA 22 16 03 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# KENTUCKY PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Kentucky, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to the coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.



## A. Coverage

The Company will pay Personal Injury Protection benefits in accordance with Kentucky Revised Statutes Chapter 304, Subtitle 39 incurred with respect to "bodily injury" sustained by an "insured" and caused by an "accident" arising out of the operation, maintenance or use of a "motor vehicle" as a vehicle. These Personal Injury Protection benefits consist of the following:

### 1. Medical Expense

Reasonable charges incurred for reasonably needed products, services, and accommodations, including those for medical care, physical rehabilitation, rehabilitative occupational training, licensed ambulance services, and other remedial treatment and care, any nonmedical remedial treatment rendered in accordance with a recognized religious method of healing, and any healing arts professions of a type licensed by the Commonwealth of Kentucky, provided that medical expense shall not include that portion of a charge for a room in a hospital, clinic, convalescent or nursing home, or any other institution engaged in providing nursing care and related services, in excess of a reasonable and customary charge for semi-private accommodations, unless intensive care is medically required.

### 2. Work Loss

Loss of income from work the "insured" would probably have performed if he or she had not been injured, and expenses reasonably incurred by him or her in obtaining services in lieu of those he or she would have performed for income, reduced by any income from substitute work actually performed by him or her.

### 3. Replacement Services Loss

Expenses reasonably incurred in obtaining ordinary and necessary services in lieu of those the "insured" would have performed, not for income, but for the benefit of himself or his family if he had not been injured.

### 4. Survivor's Economic Loss

Loss after the "insured's" death of contributions of things of economic value to his "survivors", not including services they would have received from the "insured" had he not suffered the fatal injury, less expenses of "survivors" avoided by reason of the "eligible injured person's" death.

### 5. Survivor's Replacement Services Loss

Expenses reasonably incurred by "survivors" after the "insured's" death in obtaining ordinary and necessary services in lieu of those the "insured" would have performed for their benefit had he not suffered the fatal injury, less expenses of the "survivors" avoided by reason of the "insured" death and not subtracted in calculating survivor's economic loss.

### 6. Funeral Expense

Reasonable charges incurred for expenses in any way related to funeral, cremation or burial.

## B. Who Is An Insured

1. The "named insured" or any "relative" who sustains "bodily injury" while "occupying" or while a "pedestrian" through being struck by any "motor vehicle", provided that, if such person has rejected the limitation upon his tort rights pursuant to Kentucky Revised Statutes Chapter 304, Subtitle 39, he shall not be an "insured", unless personal injury protection coverage has subsequently been purchased for such person under this policy, or

© ISO Properties, Inc., 2005

**2.** Any other person who sustains "bodily injury" while "occupying" or while a "pedestrian" through being struck by the "insured motor vehicle", provided that, if such person has rejected the limitation upon his tort rights pursuant to Kentucky Revised Statutes Chapter 304, Subtitle 39, he shall not be an "insured".

**C. Exclusions**

We will not pay personal injury protection benefits for "bodily injury":

**1.** Sustained by the "named insured" or any "relative", who has not rejected his tort limitation pursuant to Kentucky Revised Statutes Chapter 304, Subtitle 39, while "occupying" or while a "pedestrian" through being struck by, any "motor vehicle", other than the "insured motor vehicle", with respect to which the security required under the Kentucky Revised Statutes Chapter 304, Subtitle 39, is in effect unless the provider of such security fails to make payment for loss within 30 days of reasonable proof of the fact and the amount of loss sustained.

**2.** Sustained by any person if such injury arises from his conduct within the course of a business of repairing, servicing or otherwise maintaining "motor vehicles" unless such conduct occurs off the business premises.

**3.** Sustained by any person arising from conduct in the course of loading or unloading any "motor vehicle" unless such conduct occurs while "occupying" such "motor vehicle".

**4.** With respect to any benefits any person would otherwise be entitled to receive hereunder for "bodily injury" intentionally caused by such person or arising out of his intentionally attempting to cause "bodily injury", and, if any person dies as a result of intentionally causing or attempting to cause "bodily injury" to himself, his survivors are not entitled to any survivor's economic loss or survivor's replacement services loss benefits.

**5.** Sustained by any "pedestrian", other than the "named insured" or any "relative", outside the Commonwealth of Kentucky.

**6.** Sustained by any person, other than the "named insured" or any "relative" while "occupying" a "motor vehicle" which is regularly used in the course of the business of transporting persons or property and which is one of five or more "motor vehicles" under common ownership, or a "motor vehicle" owned by a government other than the Commonwealth of Kentucky, its political subdivisions, municipal corporations, or public agencies, if the accident occurs outside the Commonwealth of Kentucky.

This exclusion does not apply to "bodily injury" sustained by any occupant of a bus if such occupant is a Kentucky resident, boarded the bus in Kentucky and the bus is registered in Kentucky with the security required under Kentucky Revised Statutes Chapter 304, Subtitle 39. However, this exception does not apply if the bus is owned by a government other than the Commonwealth of Kentucky, its political subdivisions, municipal corporations, or public agencies.

**7.** Sustained by any person arising out of the use of any "motor vehicle" while located as a residence or premises.

**8.** Arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**9.** Resulting from the radioactive, toxic, explosive or other hazardous properties of nuclear material.

**10.** Sustained by any person while "occupying" a motorcycle, unless the Declarations indicates a premium for Motorcycle Personal Injury Protection Coverage.

**11.** Sustained by any person other than the "named insured" or any "relative" which arises from the operation, maintenance or use of a "motor vehicle" without a good faith belief that he or she is legally entitled to do so.

© ISO Properties, Inc., 2005

**D. Limit Of Insurance**

1. Regardless of the number of persons insured, policies or approved plans of self-insurance applicable premiums paid, claims made or "insured motor vehicles" to which this coverage applies, the Company's liability for personal injury protection benefits with respect to "bodily injury" sustained by any one "insured" in any one "motor vehicle" "accident" shall not exceed $10,000 in the aggregate, and subject to such aggregate limit:

   a. The maximum amount payable for work loss, replacement services loss, survivor's economic loss, and survivor's replacement services loss shall not exceed $200 per week in the aggregate prorated for any lesser period, provided that if the "insured's" earnings or work are seasonal or irregular, the weekly limit shall be equitably adjusted or apportioned on an annual basis;

   b. The maximum amount payable for funeral expense shall not exceed $1,000.



2. Any amount payable by the Company under the terms of this coverage shall be reduced by any applicable deductible set forth in the declarations, but only with respect to "bodily injury" sustained by the "named insured" or any "relative", provided that, if two or more such persons sustain "bodily injury" in the same "motor vehicle" "accident", such deductible applicable to all of them shall not exceed such deductible amount and such amount shall be allocated equally among them. Provided further that, a "named insured" or "relative" is entitled to receive under this coverage the difference between this deductible and a greater deductible applicable under another policy applying to personal injury protection coverage pursuant to Kentucky Revised Statues Chapter 304, Subtitle 39.

3. In calculating loss or expense for which personal injury protection benefits are payable under this coverage, a reduction shall be made in the amount of:

   a. All benefits or advantages a person receives or is entitled to receive from workmens' compensation, unless these benefits or advantages have not been received before personal injury protection benefits are overdue or the claim is paid.

   b. Any income tax saving resulting from benefits or advantages received for loss of income under this coverage or from like benefits or advantages received under workmens' compensation which are not considered taxable income, provided that the maximum reduction may not exceed 15% of the loss of income and shall be in lesser amount if the claimant furnishes to the Company reasonable proof of a lower value of the income tax advantage.

**E. Changes In Conditions**

The Conditions are changed for **Personal Injury Protection** as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss** is amended by the addition of the following:

   a. In the event of an "accident", written notice containing particulars sufficient to identify the "insured", and also reasonably obtainable information respecting the time, place and circumstances of the "accident" shall be given by or on behalf of each "insured" to the Company or any of its authorized agents as soon as practicable.

   b. As soon as practicable, the "insured" or someone on his behalf shall give the Company written proof of claim, under oath if required, including full particulars of the nature and extent of the "bodily injury" treatment and rehabilitation received and contemplated and such other information as may assist the Company in determining the amount due and payable. The "insured" shall submit, when required by order of a court, to a physical or mental examination by a physician specified in the court order.

2. The **Transfer Of Rights Of Recovery Against Others To Us** Condition is replaced by the following:

   Subject to the provisions of the Kentucky Revised Statutes Chapter 304, Subtitle 39, in the event of any payment under this coverage, the Company is subrogated to the rights of the person to whom or for whose benefit such payments were made to the extent of such payments. Such person shall execute and deliver the instruments and papers and do whatever else is necessary to secure such rights. Such person shall do nothing after loss to prejudice such rights.

3. The **Other Insurance** Condition in the Business Auto and Garage Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms is replaced by the following:

   In the event an "insured" has other similar insurance, including approved self-insurance plans, available and applicable to the "accident", the maximum recovery under all such insurance shall not exceed the amount which would have been payable under the provisions of the insurance providing the highest dollar limit, and the Company shall not be liable for a greater proportion of any loss to which this coverage applies than the limit of liability hereunder bears to the sum of the applicable limit of liability of this coverage and such other insurance.

4. The following Conditions are added:

   **EXCESS COVERAGES**

   1. Any amount payable under the uninsured motorists coverage shall be excess insurance over any personal injury protection benefits paid or payable under this or any other automobile insurance policy because of "bodily injury" sustained by an "insured";

2. Any automobile medical payments or expense coverages afforded under this policy shall be excess insurance over any personal injury protection benefits paid or payable but for the application of a deductible under this or any other automobile insurance policy because of "bodily injury" sustained by an "insured".

**NON-DUPLICATION OF BENEFITS**

No "insured" shall recover duplicate benefits for the same elements of loss under this or any similar insurance, including approved self-insurance plans.

**CONSTITUTIONALITY CLAUSE**

The premium for and the coverages of the policy have been established in reliance upon the provisions of the Kentucky Revised Statutes Chapter 304, Sub Title 39. In the event a court of competent jurisdiction declares, or enters a judgment the effect of which is to render, the provisions of such statutes invalid or unenforceable in whole or in part, the Company shall have the right to recompute the premium payable for the policy and the provisions of this endorsement shall be voidable or subject to amendment at the option of the Company.

**NOTICE TO POLICYHOLDERS**

Acceptance of the coverage described in Kentucky Revised Statutes Chapter 304, Subtitle 39, places some limitations on your right to bring suit for "bodily injury" Kentucky Revised Statutes Section 304.39-060 provides in part:

(1) Any person who registers, operates, maintains or uses a "motor vehicle" on the public roadways of this Commonwealth shall, as a condition of such registration, operation, maintenance or use of such "motor vehicle" and use of the public roadways, be deemed to have accepted the provisions of this Act, and in particular those provisions which are contained in this section.

**(2) (a)** Tort liability with respect to accidents occurring in this Commonwealth and arising from the ownership, maintenance, or use of a "motor vehicle" is 'abolished' for damages because of "bodily injury", sickness or disease to the extent the basic reparation benefits provided in this Act are payable therefor, or that would be payable but for any deductible authorized by this Act, under any insurance policy or other method of security complying with the requirements of this Act, except to the extent non-economic detriment qualifies under Subsection **(2) (b)** hereof.

**(b)** In any action of tort brought against the owner, registrant, operator or occupant of a "motor vehicle" with respect to which security has been provided as required in this Act, or against any person or organization legally responsible for his acts or omissions, a plaintiff may recover damages in tort for pain, suffering, mental anguish and inconvenience because of "bodily injury", sickness or disease arising out of the ownership, maintenance, operation or use of such "motor vehicle" only in the event that the benefits which are payable for such injury as 'medical expense' or which would be payable but for any exclusion or deductible authorized by this Act exceed $1,000.00 or the injury or disease consists in whole or in part of permanent disfigurement, a fracture to a bone, a compound, comminuted, displaced or compressed fracture, loss of a body member, permanent injury within reasonable medical probability, permanent loss of bodily function or death.

Any person who is entitled to receive free medical and surgical benefits shall be deemed in compliance with the requirements of this subsection upon a showing that the medical treatment received has an equivalent value of at least $1,000.

**(c)** Tort liability is not so limited for injury to a person who is not an owner, operator, maintainer or user of a "motor vehicle" within subsection **(1)** of this section.

**(3)** Any person may refuse to consent to the limitations of his tort rights and liabilities as contained in this section. Such rejection must be in writing in a form to be prescribed by the Department of Insurance and must have been executed and filed with the Department at a time prior to any "motor vehicle" accident for which such rejection is to apply...

These are some of the exceptions to the limitations on your right to sue and are not intended to comprise a complete enumeration of all circumstances under which suit may be brought for "bodily injury".

**F. Additional Definitions**

As used in this endorsement:

**1.** "Named insured" means the person or organization named in the declarations.

**2.** "Motor vehicle" means a vehicle as defined in Kentucky Revised Statutes Chapter 304, Subtitle 39.

**3.** "Insured motor vehicle" means a "motor vehicle" with respect to which:

**a.** The "bodily injury" liability insurance of the policy applies and for which a specific premium is charged, and

**b.** The "named insured" is required to maintain security under the provisions of Kentucky Revised Statutes Chapter 304, Subtitle 39.

**4.** "Occupying" means in or upon, entering into or alighting from.

**5.** "Pedestrian" means a person who is not "occupying" a "motor vehicle" at the time the injury occurs.

6. "Relative" means the spouse and any person related to the "named insured" by blood, marriage, or adoption including a minor in the custody of the "named insured", spouse or such related person who is a resident of the same household as the "named insured", whether or not temporarily residing elsewhere, but does not include any such person who is a "named insured" under any other policy providing the security under Kentucky Revised Statutes Chapter 304, Subtitle 39.

7. "Survivor" means a person identified in Kentucky Revised Statutes Section 411.130 as one entitled to receive benefits by reason of the death of another person.

COMMERCIAL AUTO
CA 23 45 11 16

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PUBLIC OR LIVERY PASSENGER CONVEYANCE AND ON-DEMAND DELIVERY SERVICES EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.



**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance And On-demand Delivery Services**

This insurance does not apply to any covered "auto" while being used:

**1.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**2.** By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "autos" while being used:

**1.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**2.** By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance and On-demand Delivery Services**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while it is being used:

**1.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**2.** By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**D. Changes In Uninsured And/Or Underinsured Motorists Coverage**

**1.** If Uninsured and/or Underinsured Motorists Coverage is attached, and:

**a.** Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

---

CA 23 45 11 16 © Insurance Services Office, Inc., 2016 Page 1 of 2

**b.** Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

**2. Public Or Livery Passenger Conveyance And On- demand Delivery Services**

This insurance does not apply to any covered "auto" while being used:

**a.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**b.** By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**E. Changes In Personal Injury Protection Coverage**

**1.** If Personal Injury Protection, no-fault or other similar coverage is attached, and:

**a.** Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

**b.** Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

**2. Public Or Livery Passenger Conveyance And On- demand Delivery Services**

This insurance does not apply to any covered "auto" while being used:

**a.** As a public or livery conveyance for passengers. This includes, but is

not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**b.** By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**F. Additional Definitions**

As used in this endorsement:

**1.** "Delivery network platform" means an online- enabled application or digital network, used to connect customers:

**a.** With drivers; or

**b.** With local vendors using drivers;

for the purpose of providing prear-ranged "delivery services" for compen-sation. A "delivery network platform" does not include a "transportation net-work platform".

**2.** "Delivery services" includes courier ser-vices.

**3.** "Occupying" means in, upon, getting in, on, out or off.

**4.** "Transportation network platform" means an online- enabled application or digital network used to connect passen-gers with drivers using vehicles for the purpose of providing prearranged trans-portation services for compensation.

©  Insurance  Services  Office,  Inc.,  2016

**CA 23 45 11 16**

COMMERCIAL AUTO
CA 23 85 01 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY
TRUCKERS COVERAGE FORM



With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, are enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following applies:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal injury", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism"**:

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

©ISO Properties, Inc., 2004

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials;  or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

**C.** In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

COMMERCIAL AUTO
CA 23 87 01 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM ABOVE MINIMUM STATUTORY LIMITS



This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

      **(1)** Use or threat of force or violence; or

      **(2)** Commission or threat of a dangerous act; or

      **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following applies:

      **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal injury", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

© ISO Properties, Inc., 2004

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

However, with respect to Liability and Personal Injury Protection Coverage, if applicable, this Exclusion applies only to the extent that the limit of such coverage exceeds the state compulsory or financial responsibility law minimum limits for each coverage.

With respect to Uninsured and/or Underinsured Motorists Coverage, if applicable, this Exclusion applies only to the extent that the limit of such coverage exceeds the minimum statutory permitted limits for Uninsured and/or Underinsured Motorists Coverage. Those limits are equal to the minimum limit permitted for Liability Coverage.

**C.** In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

COMMERCIAL AUTO
CA 23 89 01 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ALASKA EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM ABOVE MINIMUM STATUTORY LIMITS



This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, are enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following applies:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal injury", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury, damage, loss or expense" caused by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

©ISO Properties, Inc., 2004

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

However, with respect to Liability Coverage, this Exclusion applies only to the extent that the limit of such coverage exceeds the state compulsory or financial responsibility law minimum limits.

With respect to Uninsured and Underinsured Motorists Coverage, this Exclusion applies only to the extent that the limit of such coverage exceeds the minimum statutory permitted limits for Uninsured and Underinsured Motorists Coverage. Those limits are equal to the minimum limit permitted for Liability Coverage.

**C.** In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

COMMERCIAL  AUTO
CA 23 93 01 06

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WASHINGTON  EXCLUSION  OF TERRORISM  INVOLVING NUCLEAR, BIOLOGICAL  OR CHEMICAL  TERRORISM

This endorsement  modifies  insurance  provided  under the following:

BUSINESS  AUTO  COVERAGE FORM
BUSINESS  AUTO PHYSICAL DAMAGE  COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE  PHYSICAL DAMAGE  INSURANCE POLICY
TRUCKERS COVERAGE FORM



With respect to coverage  provided  by this en-dorsement,  the provisions  of the Coverage Form apply unless modified  by the endorsement.

**A.** The following  definitions  are added and apply under this endorsement  wherever  the term terrorism,  or the phrase any injury, damage, loss or expense,  are enclosed in quotation marks:

1. "Terrorism"  means activities against per-sons, organizations  or property of any na-ture:

   **a.** That involve the following  or prep-aration  for the following:

   **(1)** Use or threat  of force  or violence;  or

   **(2)** Commission  or threat of a dan-gerous act; or

   **(3)** Commission  or threat of an act that interferes  with or disrupts an electronic,  communication, information,  or mechanical sys-tem; and

   **b.** When one or both of the following applies:

   **(1)** The effect is to intimidate  or co-erce a government  or the civilian population  or any segment thereof, or to disrupt any seg-ment of the economy;  or

   **(2)** It appears that the intent is to in-timidate  or coerce a govern-ment, or to further  political, ideological,  religious,  social or economic  objectives  or to ex-press (or express opposition  to) a philosophy  or ideology.

2. "Any injury,  damage, loss or expense" means any injury, damage, loss or ex-pense covered under any Coverage Form or Policy to which this endorsement  is applicable,  and includes but is not limited to "bodily  injury", "property  damage", "personal  injury", "personal  and adver-tising injury", "loss",  loss of use, rental reimbursement  after "loss"  or "covered pollution  cost or expense",  as may be de-fined under this Coverage Form, Policy or any applicable  endorsement.

**B.** The following  exclusion  is added:

**EXCLUSION  OF TERRORISM**

We will not pay for "any injury, damage, loss or expense"  caused directly  or indirectly  by "terrorism",  including action in hindering  or defending  against an actual or expected in-cident of "terrorism".   **But this exclusion  ap-plies only when one or more of the following are attributed  to an incident of "terrorism":**

1. The "terrorism"  is carried out by means of the dispersal  or application  of radioac-tive material,  or through  the use of a nu-clear weapon or device that involves  or produces  a nuclear  reaction, nuclear radi-ation or radioactive  contamination;   or

2. Radioactive  material  is released, and it appears that one purpose of the "terror-ism" was to release such material;  or

3. The "terrorism"   is carried out by means of the dispersal  or application  of patho-genic or poisonous  biological  or chemi-cal materials;  or

---

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

C. In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEMPORARY SUBSTITUTE AUTO - PHYSICAL DAMAGE INSURANCE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

If Physical Damage Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Physical Damage Coverage:

Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

**a.** Breakdown;

**b.** Repair;

**c.** Servicing;

**d.** "Loss"; or

**e.** Destruction.



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## RECREATIONAL TRAILERS AND BOAT TRAILERS

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**CERTAIN TRAILERS, MOBILE EQUIPMENT AND TEMPORARY SUBSTITUTE AUTOS of SECTION I - COVERED AUTOS** is amended by the addition of the following:

> 4. Recreational trailers and boat trailers designed for use with an auto of the private passenger type provided the trailers are not used for business purposes.

**CA 85 53 12 93**                                                                 Page 1 of 1

COMMERCIAL AUTO
CA 87 77 03 11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES IN WHO IS AN INSURED

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement or to any amendment to or replacement thereof, the provisions of the coverage form apply unless modified by the endorsement.

**Changes In Section II - Liability Coverage**



**A.** Paragraph **A.1.** of Section II Liability in the Business Auto Coverage Form is replaced with the following:

**1. Who Is An Insured**

The following are "insureds":

**a.** You for any covered "auto".

**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(1)** The owner, or any "employee", agent or driver of the owner, or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" or agent if the covered "auto" is owned by that "employee" or agent or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower of a covered auto or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership), or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

© 2011 Liberty Mutual Insurance. All rights reserved.

CA 87 77 03 11
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Page 1 of 1

IL 00 17 11 98

# COMMON  POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium;  or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful;  or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums;  and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

Copyright, Insurance Services Office, Inc., 1998

If you die, your rights and duties under this policy will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.



Copyright, Insurance Services Office, Inc., 1998

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property threat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL 02 63 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# KENTUCKY CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 14 days before the effective date of cancellation.

B. The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For More Than 60 Days**

a. If this policy has been in effect for more than 60 days or is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) Discovery of fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

(3) Discovery of willful or reckless acts or omissions on your part which increase any hazard insured against;

(4) The occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed;

(5) A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any insured property or the occupancy thereof which substantially increases any hazard insured against;

(6) We are unable to reinsure the risk covered by the policy; or

(7) A determination by the commissioner that the continuation of the policy would place us in violation of the Kentucky insurance code or regulations of the commissioner.

© ISO Properties, Inc., 2007

**b.** If we cancel this policy based on Paragraph **7.a.** above, we will mail or deliver a written notice of cancellation to the first Named Insured, stating the reason for cancellation, at least:

**(1)** 14 days before the effective date of the cancellation, if cancellation is for nonpayment of premium; or

**(2)** 75 days before the effective date of the cancellation, if cancellation is for any reason stated in **7.a.(2)** through **7.a.(7)** above.

**C.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

**1.** For the purpose of this Condition:

**a.** Any policy period or term of less than six months shall be considered to be a policy period or term of six months; and

**b.** Any policy period or term of more than one year or any policy with no fixed expiration date shall be considered a policy period or term of one year.

**2.** If we elect not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, at the last mailing address known to us, at least 75 days before the expiration date of the policy period.

**3.** If notice of nonrenewal is not provided pursuant to this Condition, coverage under the same terms and conditions shall be deemed to be renewed for the ensuing policy period upon payment of the appropriate premium until you have accepted replacement coverage with another insurer, or until you have agreed to the nonrenewal.

**4.** If we mail or deliver a renewal notice to the first Named Insured at least 30 days before the end of the policy period, stating the renewal premium and its due date, the policy will terminate without further notice unless the renewal premium is received by us or our authorized agent by the due date.

**5.** If this policy terminates because the renewal premium has not been received by the due date, we will, within 15 days, mail or deliver to the first Named Insured at his last known address a notice that the policy was not renewed and the date it was terminated.

**6.** If notice is mailed, proof of mailing is sufficient proof of notice.

© ISO Properties, Inc., 2007
IL 02 63 09 08

This page intentionally left blank.